UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, in his official )<br>capacity as Secretary of State of the State )<br>of Georgia, REBECCA N. SULLIVAN, )<br>in her official capacity as Vice Chair of )<br>the Georgia State Election Board, )<br>DAVID J. WORLEY, in his official )<br>capacity as a Member of the Georgia )<br>State Election Board, MATTHEW )<br>MASHBURN, in his official capacity as )<br>a Member of the Georgia State Election )<br>Board, and ANH LE, in her official )<br>capacity as a Member of the Georgia )<br>State Election Board, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

### AFFIDAVIT OF AMANDA COLEMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

I, Amanda Coleman, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

1

2. I volunteered to be a monitor for the Donald J. Trump Presidential Campaign, Inc. (the "Trump Campaign") in connection with what was identified to me as the "hand count" of votes cast in the November 3, 2020 presidential election. I was assigned to monitor the hand count on November 15, 2020 by Alyssa Specht from the Trump Campaign, on behalf of the Georgia Republican Party (the "Republican Party").

3. Ms. Edmunds of the Republican Party told to arrive at 285 Andrew Young International Blvd. between 8:00 a.m. and 9:00 am on the morning of November 15. The address was for the Georgia World Congress Center, and there was no exterior activity at that address when I arrived. There were no instructional or directional signs.

4. After I made a series of phone calls ending with Matthew Honeycutt, he gave me directions to go to the bottom rear of the building to an "employee entrance." I arrived at 9:00 a.m.

5. As I arrived, a large crowd was leaving, saying that they had "just finished" the hand recount.

6. Another volunteer and I walked into the counting area to verify what had been said and to observe any activity, as we had been requested to do. Some counting activity appeared to still be going on.

7. We signed in, and then were told that there were "too many" volunteers on the floor and that we would not be permitted to walk the floor and observe.

8. I saw a few people here and there walking the floor. But there were no other observers at the tables where counting activity was happening. There were two people per table and they appeared to be sticking ballots into piles. We were not close enough to see much of anything else because we were not allowed.

9. I believed that we were there to watch actual "hand counting" as had been announced in the newspapers and by the Secretary of State when he requested a "hand count."

10. There was no way to tell if any counting was accurate or if the activity was proper.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct

*Amanda Coleman*
Amanda Coleman

STATE OF GEORGIA

COUNTY OF FULTON

Amanda Coleman, appeared before me, a Notary Public in and for the above jurisdiction, this 16th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]   *Carla Daniel*
Notary Public

My Commission Expires 07-29-2024