UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, REBECCA N. SULLIVAN, in her official capacity as Vice Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a Member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a Member of the Georgia State Election Board, and ANH LE, in her official capacity as a Member of the Georgia State Election Board, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:20-cv-04651-SDG |

## VERIFICATION

STATE OF GEORGIA

COUNTY OF __FULTON__

Personally appeared before me, an officer duly authorized by law to administer oaths, L. Lin Wood, Jr., who after first being duly sworn, states that the

facts contained in the within and foregoing Verified Amended Complaint for Declaratory and Injunctive Relief are true and correct.

_____
L. Lin Wood, Jr.

Sworn to and subscribed before me this  16  day of November, 2020.

_____
Notary Public

My Commission Expires:

3/4/2021