UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. _____ |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, in his official ) | |
| capacity as Secretary of State of the State ) | |
| of Georgia, REBECCA N. SULLIVAN, ) | |
| in her official capacity as Vice Chair of ) | |
| the Georgia State Election Board, ) | |
| DAVID J. WORLEY, in his official ) | |
| capacity as a Member of the Georgia ) | |
| State Election Board, MATTHEW ) | |
| MASHBURN, in his official capacity as ) | |
| a Member of the Georgia State Election ) | |
| Board, and ANH LE, in her official ) | |
| capacity as a Member of the Georgia ) | |
| State Election Board, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF MARIA DIEDRICH IN SUPPORT OF
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Maria Diedrich, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein. I am a resident of Fulton County.

{00583831.}                                                      1

2. I volunteered to be a monitor for the Donald J. Trump Presidential Campaign, Inc. (the "Trump Campaign") in connection with what was identified to me as the "hand count" of votes cast in the November 3, 2020 presidential election. I was assigned to monitor the hand count on November 14 and 15, 2020 by Alyssa Specht from the Trump Campaign, on behalf of the Georgia Republican Party (the "Republican Party").

3. I believed that we were there to watch actual "hand counting" as had been announced in the newspapers and by the Secretary of State when he requested a "hand count."

4. On November 15, 2020, I arrived at the Georgia world Congress Center at 8:00 a.m. to monitor the hand counting. By 9:15 a.m., officials announced that voting was complete and sent everyone home. I spoke to a security guard who was shocked because he planned to be there until 10 p.m. He had been at that location until 10:00 p.m. on the previous night.

5. The officials announced that they had counted all the absentee on November 14 at night and they were already boxed up.

6. The only ballots left to count (for me to observe) were electronic ones, which were being counted in stacks or rows (not consistent).

7. There was no consistency on counting. Only a few tables (of the 170+) were verbally doing the pass count, so there was no way to see that the correct candidate was being put into the correct pile.

8. I observed (and told an election worker) that one counter seemed to be making piles of 9 (but counting them as 10). It took a while for me to get someone to help me, so by the time they came to observe him, the batch was counted and they did not make him recount the stack.

9. Counters were writing the number of ballots for each candidate on scrap paper (no one had the same paper, some was torn, some was colored) and then adding manually. This is where I noticed some manual entry errors, specifically when an elderly counter wrote down the number ballots, she couldn't remember the number, the person with her said a different number, they finally agreed on a number, she added numbers on a scratch paper before putting the number onto the official Audit Board Batch Sheet.

10. The batch sheets were taken to Arlo to input but there was no independent verification or monitoring of the numbers being input.

11. Five times between 8:00 a.m. and 9:00 a.m., I noticed tables with ballots on the table, but both workers had gone to get food. The ballots were left unattended. Drinks were on the tables with ballots. I noticed two tables of a

single person counting, the partner had gone to get food. After I mentioned this to the election official, they told both tables to wait.

12. At 9:00 a.m., county officials announced that there were too many party monitors and asked the Republican watchers to gather and decide which 17 would be on the floor. There were only 2 paid Republican campaign workers and they tried to organize 17 from about 30 total personnel who had volunteered. Within 10 minutes, we had completed the reorganization.

13. At that point, county officials told most of the counters to go home. There were probably 10 tables still counting.

14. There had been no meaningful way to review or audit any activity.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct.

*Maria Diedrich*
Maria Diedrich

STATE OF GEORGIA

COUNTY OF FULTON

Maria Diedrich, appeared before me, a Notary Public in and for the above jurisdiction, this 16th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]

*Carla Daniel*
Notary Public

My Commission Expires 07-29-2024

{00583831.}

5