UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:20-cv-04651-SDG |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, in his official ) | |
| capacity as Secretary of State of the State ) | |
| of Georgia, REBECCA N. SULLIVAN, ) | |
| in her official capacity as Vice Chair of ) | |
| the Georgia State Election Board, ) | |
| DAVID J. WORLEY, in his official ) | |
| capacity as a Member of the Georgia ) | |
| State Election Board, MATTHEW ) | |
| MASHBURN, in his official capacity as ) | |
| a Member of the Georgia State Election ) | |
| Board, and ANH LE, in her official ) | |
| capacity as a Member of the Georgia ) | |
| State Election Board, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## AFFIDAVIT OF MAYRA ROMERA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Mayra Romera, declare under penalty of perjury that the following is true and correct:

{00584021. }

1

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I am a Florida Bar licensed paralegal.

3. I am a registered Democrat.

4. I was interested in the election process in this country and wanted to be an observer in the Georgia recount process.

5. On Monday, November 16, 2020, I presented myself to Cobb County Poll Precinct located at 2245 Callaway Road SW, Marietta, GA. I was able to be on the floor observing the recount process in Room C. I observed the poll workers not calling out verbally the names on each ballot. They simply passed each ballot to each other in silence.

6. It was of particular interest to me that hundreds of these ballots seemed impeccable, with no folds or creases. The bubble selections were perfectly made (all within the circle), only observed selections in black ink, and all happened to be selections for Biden.

7. It was also of particular interest to me to see that signatures were not being verified and there were no corresponding envelopes seen in site.

8. At one point in time, while on the floor, I overheard a woman tell someone else that they should keep an eye on the guy with a blue blazer and a pocket square, that he was not allowed to come on the floor and observe past the yellow tape. They also kept an eye on him as he took photographs and video of some boxes being stored on a rack. Shortly thereafter, I observed a police officer standing at the door. I had not observed a police officer present up until that moment. They began to walk towards him to stop him as he was photographing those boxes, but at that point, he walked away from that area.

9. Based on my observations, I believe there was fraud was committed in the presidential election and question the validity of the Georgia recount process.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct.

Mayra L. Romera

STATE OF GEORGIA

COUNTY OF FULTON

Mayra L. Romera appeared before me, a Notary Public in and for the above jurisdiction, this 17th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]

Notary Public

My Commission Expires 07-29-2024