UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, REBECCA N. SULLIVAN, in her official capacity as Vice Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a Member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a Member of the Georgia State Election Board, and ANH LE, in her official capacity as a Member of the Georgia State Election Board,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

### AFFIDAVIT OF IBRAHIM REYES, ESQUIRE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Ibrahim Reyes, declare under penalty of perjury that the following is true and correct:

1. My name is Ibrahim Reyes. I am an attorney licensed to practice law in the State of Florida since 2002, my office address is 236 Valencia Avenue, Coral Gables, FL 33134, and my email address is ireyes@reyeslawyers.com.

2. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

3. I volunteered to assist in the manual recount in the State of Georgia and was assigned to work as a Monitor and as a member of the Vote Review Panel.

4. On November 16, 2020, I went to Clayton County from 8:00 A.M. to 6:00 P.M.

5. I identified myself as a Monitor and Vote Review Panel associated with the Republican Party, and the person in charge of the Clayton County precinct, Erica Johnston, said that I could not be present on the floor until I received a badge with my name, that it would be printed shortly, within thirty minutes, but could stand in the observers area, away from the counting tables.

6. I did not receive my identification badge until three hours, so I was prevented from acting as a Monitor all morning.

7. However, as an observer, I observed that the precinct had twelve (12) counting tables, but only one (1) monitor from the Republican Party. I brought it up to Erica Johnston since the recount rules provided for one (1) monitor from each Party per ten (10) tables or part thereof.

8. Erica Johnston said that I was wrong, that there were only ten tables counting and explained that because there were ten tables, not twenty, only one monitor was allowed. I explained to her that there were twelve tables counting, and

that the rules did not state what she said, and read to her the rule, which I had on my phone.

9. Erica Johnston proceeded to tell me that it did not matter, that she was in charge, and that unless there were twenty tables, one monitor for twelve tables was fine because of the limited space. I explained that I did not note an exception where due to limited space, she could individually determine how many Monitors to allow, and that she had created her own rules for the manual recount, which precluded Republican Monitors from monitoring the recount. Erica Johnston said that if I continued to insist on having one more Monitor for the Republican Party, she would call the Police.

10. We were inside the Clayton County Police Department. I pointed her where a Police officer was and asked her to call her over. I explained to the female police officer that the Clayton County precinct was not counting ballots following the rules for counting ballots, and I was requesting Erica Johnston to follow the rules. The police officer told me that she could not do anything about it.

11. A Clayton County journalist named Robin Kemp of @RKempNews, overheard the exchange, as a member of the media went in and photographed the twelve (12) counting tables, confirmed to me that she had seen twelve counting tables, and published it in Twitter.

12. Soon thereafter, before noon, we were notified that the location would close, and the recount would be moved to Jackson Elementary to allow for more space and more monitors.

13. The recount resumed at Jackson Elementary on or about 1:30 P.M., after boxes of ballots were brought in a Clayton County white van with tag GV57976 and taken into Jackson Elementary.

14. I had my identification badge by then, so I went in and noticed that one Republican Monitor was allowed, yet now there were twenty six (26) tables, and informed Erica Johnston that, again, if there were twenty six tables for recounting, three (3) monitors from each Party were to be permitted.

15. Erica Johnston told me that she was in charge, and that I should stop interfering with the process. I informed Erica Johnston that she was interfering with the process, since she was not following the recount rules, knowingly.

16. At that point in time, a young man named Trevin McKoy, associated with the Georgia Republican Party, told Erica Johnston that the Republicans were entitled to three, not one, Monitor, since there were twenty-six tables. Erica Johnston called over a Police officer, Officer Johnson, and Erica Johnston asked Officer Johnson to remove Mr. McKoy from the building.

17. I intervened and explained to Officer Johnson that Erica Johnston was not following the rules, and Officer Johnson replied that Erica Johnston was in charge, and that we were not in a Courtroom.

18. I walked outside with Trevin McKoy, and so did the journalist, Robin Kemp, who proceeded to publish the violation of rules on her Twitter account.

19. Within five minutes of the Twitter having been published, Erica Johnston approached me and told me that the Republicans could have two additional Monitors, and two additional Monitors went on the floor.

20. She also offered me to participate in the Voting Review Panel, which I did until 6:00 P.M.

21. As a Voting Review Panel member, I sat next to two counting tables, and monitored whether counters were following the rules.

22. For example, the procedure required that the two counters sitting next to each other would recite the name of the candidate for whom the vote was cast, one first, the second after, to confirm agreement, and then place the 'ballot' on the appropriate stack, Trump, Biden, etc.

23. The counters on the two tables next to my table were not doing that, and I served as a next to them for over three hours. One would give a 'ballot' to the next, and the next would place it on top of one of the stacks, without confirmation from counter 2 to counter 1.

24. I witnessed that Erica Johnston did not follow the rules until I complained, and journalist Robin Kemp published the violations on her Twitter account.

25. I also witnessed that Officer Johnson, of the Clayton County Police Department, removed Trevin McKoy from the Jackson Elementary precinct only because Erica Johnston told him to remove him, even though Trevin McKoy had not done or said anything improper.

26. I also observed that the precinct had Democratic Party monitors, Republican Party monitors, and Carter Center monitors, and only Republican Monitors were being mistreated by Erica Johnston and by Officer Johnson.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct

_____
Ibrahim Reyes

STATE OF GEORGIA

COUNTY OF FULTON

Ibrahim Reyes appeared before me, a Notary Public in and for the above jurisdiction, this 17th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]   _____
Notary Public

My Commission Expires 07-29-2024