UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, in his official )<br>capacity as Secretary of State of the State )<br>of Georgia, REBECCA N. SULLIVAN, )<br>in her official capacity as Vice Chair of )<br>the Georgia State Election Board, )<br>DAVID J. WORLEY, in his official )<br>capacity as a Member of the Georgia )<br>State Election Board, MATTHEW )<br>MASHBURN, in his official capacity as )<br>a Member of the Georgia State Election )<br>Board, and ANH LE, in her official )<br>capacity as a Member of the Georgia )<br>State Election Board, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

### AFFIDAVIT OF CONSETTA S. JOHNSON IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Consetta S. Johnson, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

{00584026.}                                       1

2. I was a volunteer audit monitor at the Jim R. Miller Park for the recount process on November 16, 2020.

3. As a floor monitor, I could see by the markings that the ballots being audited were absentee ballots.

4. I witnessed two poll workers placing already separated paper machine receipt ballots with barcodes in the Trump tray, placing them in to the Biden tray.

5. I also witnessed the same two poll workers putting the already separated paper receipt ballots in the "No Vote" and "Jorgensen" tray, and removing them and putting them inside the Biden tray.

6. They then took out all of the ballots out of the Biden tray and stacked them on the table, writing on the count ballot sheet. A copy of the video reflecting this is attached as **Exhibit A**.

7. Although I observed a supervisor provide guidance and instructions, the process was not uniform, and most poll workers were working in their own format and style.

8. I also observed the poll workers not calling out verbally the names of each ballot. They simply passed each ballot to each other in silence.

9. I believe the Board of Elections operations were sloppy, unorganized, and suspicious. As an observer I could not observe presidential vote preference

because the font size of the machine paper printed ballots were difficult to read from my distance. This is my personal experience.

I declare under penalty of perjury that the foregoing statements are true and correct

*Consetta S. Johnson*
Consetta S. Johnson

STATE OF GEORGIA

COUNTY OF COBB

Consetta S. Johnson appeared before me, a Notary Public in and for the above jurisdiction, this 17th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]

*Carla Daniel*
Notary Public

My Commission Expires 07-29-2024

{00584026.}

3

Ex. H to TRO Motion:
Johnston Affidavit