UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, in his official )<br>capacity as Secretary of State of the State )<br>of Georgia, REBECCA N. SULLIVAN, )<br>in her official capacity as Vice Chair of )<br>the Georgia State Election Board, )<br>DAVID J. WORLEY, in his official )<br>capacity as a Member of the Georgia )<br>State Election Board, MATTHEW )<br>MASHBURN, in his official capacity as )<br>a Member of the Georgia State Election )<br>Board, and ANH LE, in her official )<br>capacity as a Member of the Georgia )<br>State Election Board, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

**AFFIDAVIT OF ANDREA O'NEAL IN SUPPORT OF
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Andrea O'Neal, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

1

2. I volunteered to be a monitor for the Donald J. Trump Presidential Campaign, Inc. (the "Trump Campaign") in connection with what was identified to me as the "hand count" of votes cast in the November 3, 2020 presidential election. I was assigned to monitor the hand count on November 14, 2020 at the Lithonia Voting Facility in Lithonia, Georgia.

3. I voted early on October 12 at the precinct at Lynwood Park in Brookhaven. Because of irregularities at the polling location, I called the voter fraud line to ask why persons were discussing my ballot and reviewing it to decide where to place it. When I called the state fraud line, I was redirected to a worker in the office of the Secretary of State.

4. I asked to speak with a person in charge of fraud. The worker said he didn't really have anyone to forward me to. He gave me the number to someone named Leigh at the State level, and then the DeKalb voting office. I left a message with Leigh, I never received a call back. I called DeKalb, again it was given an administrative worker, then a supervisor, but there was no dedicated resource against the fraud.

5. I became alarmed at what I was seeing and volunteered to watch in the hand recount. At the Lithonia location, I was originally scheduled to watch from 1:00 p.m. until 5:00 p.m. on November 16th. I initially saw counters who were

separated and not reading to each other, as was required by the instructions for the hand recount. A supervisor came over and told the workers to work together.

6. Around 3:00 p.m., I observed an auditor incorrectly collecting batches into odd numbers. I told a supervisor and she made the auditors at that table start over again.

7. We were too far away from the ballots to see who they were being voted for. If the auditors were not recording correctly, we would have no one of knowing whether the call out of any name was what was reflected on the ballot.

8. Around 4:00 pm. I saw another auditor incorrectly sort Biden votes without verification from another auditor. That auditor was collecting ballots that he said were voted for Biden and sorting them into 10 ballot stacks. But he did not show the ballots to anyone else. This violated the whole purpose of verifying the ballots as counted.

9. I was the only poll monitor near the table at the time. I went and told one of the supervisors who immediately went over to check and then went and spoke with "Gavin," the Republican supervisor/attorney. By the time I went back over the original Republican monitor was there with a different poll supervisor ("Twyla") and a group of 4 Democratic monitors had formed around the table.

3

10. The Republican poll monitor was recalling what she had seen, but confronted by the Audit Board members, who were refuting her comments vigorously. I stated that I had observed the exact same thing. The 4 Democratic monitors that were standing around the table accused us of ganging up on the table to watch them. They also stated that they were there watching and I was lying. None of them were there for the 5 minutes that I observed the improper actions, but they may have observed proper counting at a prior time, and I allowed this.

11. Nonetheless, Twyla stated that we were ganging up with "malice". I stated to Twyla that the table was not following proper procedure. She argued that a counted stack is a counted stack, no matter how they did it.

12. Two other Republican monitors firmly stated that all tables needed to be following proper procedure and this table was in clear violation. The workers were relieved from their shift and Twyla stated that the box they had been working on would get recounted.

13. I told Twyla that I had noticed each table counting its own way – some independently, some not, some out loud, some without discussion – and each table was sorting stacks by different counts. There was no uniform system. Written instructions state that stacks should be sorted in batches of 10. I

4

observed tables counting by 25, and one table that was counting stacks by 100s.

14. All of this may have been a problem with the limited training that the workers received, or the limitations of the mission – it is not clear what the "hand recount" is supposed to generate.

15. These problems may have been avoided with more training.  I told Twyla that they needed to make sure everyone had proper training to follow the protocols as written.   It was not easy to monitor where in the process of sorting and counting each table was at due to lack of consistency.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct

*Andrea O'Neal*
Andrea O'Neal

STATE OF GEORGIA

COUNTY OF FULTON

Andrea O'Neal, appeared before me, a Notary Public in and for the above jurisdiction, this 17th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]                                *Carla Daniel*
                                            Notary Public

My Commission Expires 07-29-2024

{00584037.}                    6