UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **L. LIN WOOD, JR.,** ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:20-cv-04651-SDG |
| v. ) | |
| ) | |
| **BRAD RAFFENSPERGER**, in his official ) | |
| capacity as Secretary of State of the State ) | |
| of Georgia, **REBECCA N. SULLIVAN**, ) | |
| in her official capacity as Vice Chair of ) | |
| the Georgia State Election Board, ) | |
| **DAVID J. WORLEY**, in his official ) | |
| capacity as a Member of the Georgia ) | |
| State Election Board, **MATTHEW** ) | |
| **MASHBURN**, in his official capacity as ) | |
| a Member of the Georgia State Election ) | |
| Board, and **ANH LE**, in her official ) | |
| capacity as a Member of the Georgia ) | |
| State Election Board, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**AFFIDAVIT OF DEBRA J. FISHER IN SUPPORT OF
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Debra J. Fisher, declare under penalty of perjury that the following is true and correct:

{00584029.}

1

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. On November 16, 2020 I witnessed the various issues on military and overseas ballots.

3. All military and overseas ballots I reviewed were very clean. No bubbles were colored outside of the line. Not one ballot used an "x" or check mark. The ballots I observed were marked in black ink and were for Biden. Not one ballot had a selection crossed out to change the vote selection.

4. I noticed that almost all of the ballots I reviewed were for Biden. Many batches went 100% for Biden.

5. I also observed that the watermark on at least 3 ballots were solid gray instead of transparent, leading me to believe the ballot was counterfeit. I challenged this and the Elections Director said it was a legitimate ballot and was due to the use of different printers.

6. Many ballots had markings for Biden only, and no markings on the rest of the ballot. This did not occur on any of the Trump ballots I observed.

7. Ballots were rejected because people chose 2 or more candidates. I found it odd that none of this happened with the military ballots.

8. The military ballots did not have one specific precinct code on them. Instead, they had multiple precincts printed on it (a "combo"). I challenged this as when this is done, you do not know what precinct the voter is registered in.

9. Based on my observations above and the fact that signatures on the ballots were not being verified, I believe the military ballots are highly suspicious of fraud. I declare under penalty of perjury that the foregoing statements are true and correct.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct

*Debra J. Fisher*

STATE OF GEORGIA

COUNTY OF COBB

Debra J. Fisher appeared before me, a Notary Public in and for the above jurisdiction, this 17th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]

*Carla Daniel*
Notary Public

My Commission Expires 07-29-2024

{00584029.}

4