UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| L. LIN WOOD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:20-cv-04651-SDG |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, in his official | ) | |
| capacity as Secretary of State of the State | ) | |
| of Georgia, REBECCA N. SULLIVAN, | ) | |
| in her official capacity as Vice Chair of | ) | |
| the Georgia State Election Board, | ) | |
| DAVID J. WORLEY, in his official | ) | |
| capacity as a Member of the Georgia | ) | |
| State Election Board, MATTHEW | ) | |
| MASHBURN, in his official capacity as | ) | |
| a Member of the Georgia State Election | ) | |
| Board, and ANH LE, in her official | ) | |
| capacity as a Member of the Georgia | ) | |
| State Election Board, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF SCOTT GRAHAM HALL IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, SCOTT GRAHAM HALL, declare under penalty of perjury that the following is true and correct:

{00584021. }                                    1

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I was an Election recount monitor at the Georgia World Congress Center on Saturday, November 14, 2020 and Sunday, November 15, 2020. Saturday morning during the manual recount of the mail-in ballots, I observed large quantities of ballots being cast for Joseph Biden on ballots that did not appear to have been mailed.

3. There were no creases in the mail in ballots giving the impression that they were never folded into an envelope and mailed. Most importantly, these ballots appeared to be pre-printed with the selections already made. The bubbles that one would   select to choose their candidate appeared to have the exact same markings, with no different color inks, and no markings outside of the bubble as if they were all done perfectly. Hundreds of ballots at a time were counted for Biden only.

4. Additionally, on Sunday, November 15, 2020 around Noon, after most of the people had left, a table was set up in the far right-hand corner of the room outside of the area that was roped off for counting in where it was not visible

to security cameras.  I noticed on the bag it was labeled "Welcome".   I have

attached a photograph of the table and area.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and

correct.

SCOTT GRAHAM HALL

STATE OF _Georgia_

COUNTY OF _Fulton_

SCOTT GRAHAM HALL appeared before me, a Notary Public in and for the

above jurisdiction, this _17_ day of November 2020, and after being duly sworn,

made this Declaration, under oath.

[Affix Seal]

Notary Public

My Commission Expires _AUGUST 17, 2024_







