UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, in his official ) <br> capacity as Secretary of State of the State ) <br> of Georgia, REBECCA N. SULLIVAN, ) <br> in her official capacity as Vice Chair of ) <br> the Georgia State Election Board, ) <br> DAVID J. WORLEY, in his official ) <br> capacity as a Member of the Georgia ) <br> State Election Board, MATTHEW ) <br> MASHBURN, in his official capacity as ) <br> a Member of the Georgia State Election ) <br> Board, and ANH LE, in her official ) <br> capacity as a Member of the Georgia ) <br> State Election Board, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> 1:20-cv-04651-SDG |

**AFFIDAVIT OF ROBIN HALL IN SUPPORT OF PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER**

I, ROBIN HALL, declare under penalty of perjury that the following is true and correct:

{00584021.}                                        1

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I was at the World Congress Center on Saturday, November 14, 2020. I was certified as a Fulton County recount observer. I observed many boxes of absentee or mail in ballots being counted. Many of the boxes of ballots had voted for 100% for Biden and 0% for Trump. The ballots appeared to be perfectly filled out as if they were pre-printed with the presidential candidate selected. They did not look like a person had filled this out at home. All of them looked alike. Me and the other observers wrote down which batch headers and box number ranges were suspicious. I have created a spreadsheet with the list of batch headers.

[SIGNATURE AND OATH ON NEXT PAGE]

I declare under penalty of perjury that the foregoing statements are true and correct.

*Robin Hall*

STATE OF Georgia

COUNTY OF Fulton

Robin Hall appeared before me, a Notary Public in and for the above jurisdiction, this 7th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]   *Brittany R. Parks*
Notary Public

My Commission Expires AUGUST 17, 2024

{00584021. }                                3

Table 1

*All Questionable Ballots looked machine stamped*

*95-100% Biden for most of them*

| | BATCH HEADER | BOX RANGE | BOX RANGE | BOX RANGE | BOX RANGE | BOX RANGE |
|---|---|---|---|---|---|---|
| | | 1-8 | | | | 292-298 |
| | 11 | 9-15 | | | | 421-426 |
| | 18 | 12-25 | | | | 465-471 |
| | 26 | 26-34 | | | | 237-243 |
| 92 Biden 7 Trump | 27 | 26-34 | | | | 455-465 |
| | 28 | 26-34 | | | | 271-280 |
| | 32 | 26-34 | | | | 465-471 |
| 100% Biden | 33 | | | | | 437-445 |
| 100% Biden | 34 | | | | | 231-236 |
| 100% Biden | 35 | | | | | 215-221 |
| 100% Biden | 36 | | | | | 216-224 |
| 100% Biden | 37 | | | | | 397-403 |
| | 38 | 35-46 | 35-42 | | | 446-453 |
| | 40 | 35-46 | 35-42 | | | |
| | 41 | 35-46 | 35-42 | | | |
| | 44 | 35-46 | | | | |
| | 56 | 56-62 | 54-62 | 73-80 | | |
| | 62 | 59-64 | 58-64 | | | |
| | 85 | 85-93 | 79-88 | 79-90 | | |
| | 87 | 85-93 | 79-90 | | | |
| | 90 | 85-93 | 79-90 | | | |
| | 93 | 85-93 | 88-97 | 94-108 | 91-97 | |
| | 98 | | 94-108 | | 98-107 | |
| | 101 | 99-108 | 94-108 | 102-109 | 98-107 | |
| | 104 | 99-108 | 94-108 | 102-109 | 98-107 | |
| | 109 | 108-118 | 109-118 | 102-109 | | |
| | 110 | 110-116 | 108-118 | | | |
| | 124 | 114-126 | 124-130 | | | |
| | 127 | 124-130 | | | | |
| | 133 | 129-136 | 137-146 | | | |
| | 148 | 147-155 | | | | |
| | 151 | 147-155 | | | | |
| | 155 | 147-155 | | | | |
| | 157 | | | | | |
| | 158 | 158-165 | | | | |
| | 163 | 158-165 | | | | |
| | 169 | 166-172 | | | | |
| | 178 | 171-182 | 173-179 | | | |
| | 180 | 171-182 | | | | |
| | 181 | | | | | |
| | 186 | | 203-209 | | | |
| | 202 | 202-208 | | | | |
| hid yellow sheet | 225 | 225-232 | | | | |
| | 251 | 244-253 | 264-270 | 250-256 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 277 | 271-280 | 277-284 | | | |
| | 285 | 285-291 | | | | |
| 96 Biden-4 Trump | 286 | 285-291 | | | | |
| 96 Biden-4 Trump | 289 | 285-291 | | | | |
| | 309 | | | | | |
| | 318 | 311-323 | 316-323 | | | |
| | 319 | 311-323 | 316-323 | | | |
| | 336 | 333-341 | | | | |
| | 341 | 333-341 | | | | |
| | 350 | | | | | |
| | 354 | | | | | |
| | 358 | 358-364 | | | | |
| | 389 | 389-396 | | | | |
| | 390 | 389-396 | | | | |
| | 392 | 389-396 | | | | |
| | 428 | | | | | |