UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, in his official ) <br> capacity as Secretary of State of the State ) <br> of Georgia, REBECCA N. SULLIVAN, ) <br> in her official capacity as Vice Chair of ) <br> the Georgia State Election Board, ) <br> DAVID J. WORLEY, in his official ) <br> capacity as a Member of the Georgia ) <br> State Election Board, MATTHEW ) <br> MASHBURN, in his official capacity as ) <br> a Member of the Georgia State Election ) <br> Board, and ANH LE, in her official ) <br> capacity as a Member of the Georgia ) <br> State Election Board, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> 1:20-cv-04651-SDG |

## AFFIDAVIT OF BARBARA HARTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, BARBARA HARTMAN, declare under penalty of perjury that the following is true and correct:

{00584021.}

1

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I was an election official auditor at the Georgia World Congress Center on Saturday, November 14, 2020 and Sunday, November 15, 2020 for the hand count of ballots from the November 3, 2020 presidential election in Fulton County, Georgia.

3. I was given several stacks of absentee ballots to count. The absentee ballots looked as though they had just come from a fresh stack. I could not observe any creases in the ballots and did not seem like they were ever folded and put into envelopes or mailed out. The marked bubbles for each candidate was filled in black ink perfectly within the circle. They looked as if they were stamped.

4. The majority of the mail in ballots that I reviewed contained suspicious black perfectly bubbled markings for Biden.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct.

*Barbara Hartman*
BARBARA HARTMAN

STATE OF Georgia
COUNTY OF Fulton

BARBARA HARTMAN appeared before me, a Notary Public in and for the above jurisdiction, this ___ day of November 2020, and after being duly sworn, made this Declaration under oath.

[Affix Seal]   *Brittany R. Parks*
Notary Public

My Commission Expires AUGUST 17, 2024

{00584021.}  3

