IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| L. LIN WOOD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:20-cv-04651-SDG |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, in his | ) | |
| official capacity as the Secretary of | ) | |
| State of the State of Georgia; | ) | |
| REBECCA N. SULLIVAN, in her | ) | |
| official capacity as the Vice Chair of | ) | |
| the Georgia State Election Board; | ) | |
| DAVID J. WORLEY, in his official | ) | |
| capacity as a member of the Georgia | ) | |
| State Election Board; MATTHEW | ) | |
| MASHBURN, in his official capacity as | ) | |
| a member of the Georgia State Election | ) | |
| Board; and AHN LE, in her official | ) | |
| capacity as a member of the Georgia | ) | |
| State Election Board, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Charlene S. McGowan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Brad Raffensperger, Georgia Secretary of State; Rebecca Sullivan, Vice Chair of the State Election Board; David Worley, State Election Board

member; Seth Harp, State Election Board member; and Anh Le, State Election Board member. Please direct all further pleadings, notices, orders, and other matters to her at the following:

>Office of the Attorney General
>40 Capitol Square, SW
>Atlanta, Georgia 30334
>Telephone: (404) 458-3658
>E-Mail: cmcgowan@law.ga.gov

Respectfully submitted, this 18th day of November, 2020.

>/s/ *Charlene S. McGowan*
>CHARLENE S. MCGOWAN 697316
>Assistant Attorney General
>
>Office of the Georgia Attorney General
>40 Capitol Square SW
>Atlanta, GA 30334
>cmcgowan@law.ga.gov
>Tel: 404-656-3389
>Fax: 404-651-9325
>
>*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff via electronic notification.

Dated: November 18, 2020.

*/s/ Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General
