IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **L. LIN WOOD, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:20-cv-04651-SDG |
| | ) | |
| v. | ) | |
| | ) | |
| **BRAD RAFFENSPERGER**, in his official capacity as the Secretary of State of the State of Georgia; **REBECCA N. SULLIVAN**, in her official capacity as the Vice Chair of the Georgia State Election Board; **DAVID J. WORLEY**, in his official capacity as a member of the Georgia State Election Board; **MATTHEW MASHBURN**, in his official capacity as a member of the Georgia State Election Board; and **AHN LE**, in her official capacity as a member of the Georgia State Election Board, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Russell D. Willard, Senior Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Brad Raffensperger, Georgia Secretary of State; Rebecca Sullivan, Vice Chair of the State Election Board; David Worley, State Election Board

member; Seth Harp, State Election Board member; and Anh Le, State Election Board member. Please direct all further pleadings, notices, orders, and other matters to her at the following:

>  Office of the Attorney General
>  40 Capitol Square, SW
>  Atlanta, Georgia 30334
>  Telephone:  (404) 458-3316
>  E-Mail: rwillard@law.ga.gov

Respectfully submitted, this 18th day of November, 2020.

>  /s/ *Russell D. Willard*
>  RUSSELL D. WILLARD 760280
>  Senior Assistant Attorney General
>
>  Office of the Georgia Attorney General
>  40 Capitol Square SW
>  Atlanta, GA 30334
>  rwillard@law.ga.gov
>  Tel: 404-458-3316
>  Fax: 404-651-9325
>
>  *Counsel for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff via electronic notification.

Dated: November 18, 2020.

*/s/ Russell D. Willard*
Russell D. Willard
Senior Assistant Attorney General