**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| L. Lin Wood, Jr.,<br><br>                  Plaintiff,<br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al.,<br><br>                  Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

**PROPOSED INTERVENORS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Proposed Intervenor-Defendants, DEMOCRATIC PARTY OF GEORGIA, INC., the DSCC, and the DCCC (collectively, the "Political Party Committees"), through their undersigned attorneys, hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, NDGa.

**(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

- 2 -

- The Democratic Party of Georgia, Inc. (Proposed Intervenor-Defendant), which has no parent corporation, nor does a publicly held company own any interest in it;

- The DSCC (Proposed Intervenor-Defendant), which has no parent corporation, nor does a publicly held company own any interest in it;

- The DCCC (Proposed Intervenor-Defendant), which has no parent corporation, nor does a publicly held company own any interest in it;

- Brad Raffensperger, in his official capacity (Defendant);

- Rebecca Sullivan, in her official capacity (Defendant);

- David J. Worley, in his official capacity (Defendant);

- Matthew Mashburn, in his official capacity (Defendant);

- Anh Le, in her official capacity (Defendant); and

- L. Lin Wood (Plaintiff).

**(2)** **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3)** **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Proposed Intervenor-Defendants:

- Halsey G. Knapp, Jr. of Krevolin & Horst, LLC;

- Joyce Gist Lewis of Krevolin & Horst, LLC;

- Susan P. Coppedge of Krevolin & Horst, LLC;

- Adam M. Sparks of Krevolin & Horst, LLC;

- Marc E. Elias of Perkins Coie LLP;

- Amanda R. Callais of Perkins Coie LLP;

- Kevin J. Hamilton of Perkins Coie LLP;

- Amanda J. Beane of Perkins Coie LLP;

- Alexi M. Velez of Perkins Coie LLP;

- Matthew Mertens of Perkins Coie LLP;

- Emily Brailey of Perkins Coie LLP; and

- Gillian Kuhlmann of Perkins Coie LLP.

Defendants

- Charlene S. McGowan, Assistant Attorney General, Office of the Georgia Attorney General.

- Russell D. Willard, Senior Assistant Attorney General, Office of the Georgia Attorney General.

Plaintiff

- Ray S. Smith, III of Smith & Liss, LLC.

| | |
|---|---|
| Dated: November 18, 2020. | Respectfully submitted, |

        **Adam M. Sparks**
        Halsey G. Knapp, Jr.
        Georgia Bar No. 425320
        Joyce Gist Lewis
        Georgia Bar No. 296261
        Susan P. Coppedge
        Georgia Bar No. 187251
        Adam M. Sparks
        Georgia Bar No. 341578
        **KREVOLIN AND HORST, LLC**
        One Atlantic Center
        1201 W. Peachtree Street, NW, Ste. 3250
        Atlanta, GA 30309
        Telephone: (404) 888-9700
        Facsimile: (404) 888-9577
        hknapp@khlawfirm.com
        jlewis@khlawfirm.com
        coppedge@khlawfirm.com
        sparks@khlawfirm.com

        Marc E. Elias*
        Amanda R. Callais*
        Alexi M. Velez*
        Emily R. Brailey*
        PERKINS COIE LLP
        700 Thirteenth Street NW, Suite 800
        Washington, DC 20005
        Telephone: (202) 654-6200
        melias@perkinscoie.com
        acallais@perkinscoie.com

avelez@perkinscoie.com
ebrailey@perkinscoie.com

Kevin J. Hamilton*
Amanda J. Beane*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
khamilton@perkinscoie.com
abeane@perkinscoie.com

Gillian C. Kuhlmann*
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-3900
gkuhlmann@perkinscoie.com

Matthew J. Mertens*
Georgia Bar No: 870320
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: (503) 727-2000

*Counsel for Proposed Intervenors-Defendants*

*\*Pro Hac Vice Application Pending*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr.,<br><br>        Plaintiff,<br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al.,<br><br>        Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: November 18, 2020.          **Adam M. Sparks**
                                    *Counsel for Proposed Intervenor-*
                                    *Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| L. Lin Wood, Jr.,<br><br>      Plaintiff,<br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al.,<br><br>      Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: November 18, 2020.        **Adam M. Sparks**
*Counsel for Proposed Intervenor-Defendants*