**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **L. LIN WOOD, JR.,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE NO.** |
| ) | **1:20-cv-04651-SDG** |
| v. ) | |
| ) | |
| **BRAD RAFFENSPERGER**, in his official ) | |
| capacity as Secretary of State of the State ) | |
| of Georgia, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S AMENDED SUPPLEMENT TO EMERGENCY
MOTION FOR INJUNCTIVE RELIEF AND
MEMORANDUM OF LAW IN SUPPORT THEREOF**

COMES NOW Plaintiff **L. Lin Wood, Jr.** ("Plaintiff"), by and through his undersigned counsel of record, and files this Supplement to Emergency Motion for Injunctive Relief and Memorandum of Law in Support Thereof (the "Motion") filed on November 18, 2020. Exhibit Q to the Motion was mistakenly submitted with the incorrect signature page. A true and correct copy of the Affidavit of Russell James Ramsland, Jr. executed and notarized is attached hereto as Exhibit Q.

[signature on following page]

Respectfully submitted this 18th day of November, 2020.

**SMITH & LISS, LLC**

/s/ *Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1 (B).

Respectfully submitted this 18th day of November, 2020.

                            **SMITH & LISS, LLC**

                            /s/ *Ray S. Smith, III*
                            Ray S. Smith, III
                            Georgia Bar No. 662555
                            *Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with the United States District Court for the Northern District of Georgia, Atlanta Division, via the Court's CM-ECF system. I also hereby certify that I caused the foregoing and all exhibits and attachments thereto in the above captioned matter to be served, via email, upon:

> Secretary of State Brad Raffensperger
> 214 State Capitol
> Atlanta, Georgia 30334
> brad@sos.ga.gov
> soscontact@sos.ga.gov
>
> Rebecca N. Sullivan
> Georgia Department of Administrative Services
> 200 Piedmont Avenue SE
> Suite 1804, West Tower
> Atlanta, Georgia 30334-9010
> rebecca.sullivan@doas.ga.gov
>
> David J. Worley
> Evangelista Worley LLC
> 500 Sugar Mill Road
> Suite 245A
> Atlanta, Georgia 30350
> david@ewlawllc.com

Matthew Mashburn
Aldridge Pite, LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta, Georgia 30305
mmashburn@aldridgepite.com

Anh Le
Harley, Rowe & Fowler, P.C.
2700 Cumberland Parkway
Suite 525
Atlanta, Georgia 30339
ale@hrflegal.com

This 18th day of November, 2020.

**SMITH & LISS, LLC**

/s/ *Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com