**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>    Plaintiff,<br><br>                    v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al.*,<br><br>    Defendants. | Civil Action No.<br>1:20-cv-04651-SDG |

**NOTICE SETTING HEARING**

A hearing is scheduled on Plaintiff's Emergency Motion for Injunctive Relief [ECF 6] for **Thursday, November 19, 2020 at 3:00 p.m.** before the Honorable Steven D. Grimberg. Due to the current public health emergency, the hearing will be conducted via remote audio and video means. The dial in instructions are as follows: https://ganduscourts.zoomgov.com/j/1609807754; Meeting ID: 160 980 7754; Passcode: 841353.

Plaintiff is **DIRECTED** to serve a copy of this notice on Defendants and Intervenor Defendants or their counsel **no later than the close of business on November 18, 2020**. If any party intends to call witnesses during the hearing, they must advise the Court by 12:00 pm on Thursday, November 19, 2020. If any party

intends to tender exhibits during the hearing, they must provide electronic copies to the Court by 12:00 pm on Thursday, November 19, 2020.

Signed this the 18th day of November 2020.

_____
Steven D. Grimberg
United States District Court Judge