UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., </br></br>  Plaintiff, </br></br> v. </br></br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al.*, </br></br>  Defendants. | CIVIL ACTION FILE NO. </br> 1:20-cv-04651-SDG |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

_____
Ray S, Smith, III, Attorney of Record

{00584157. }