IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, *et al.*, <br><br> Defendants. | Civil Action <br> Case No. 1:20-CV-04651-SDG |

**PROPOSED DEFENDANT-INTERVENORS' SUPPLEMENT TO MOTION TO INTERVENE AND FOR LEAVE TO FILE RESPONSIVE PAPERS AT SAME TIME AS DEFENDANTS AND INCORPORATED MEMORANDUM IN SUPPORT**

The Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, and James Woodall, Helen Butler, and Melvin Ivey (collectively with the Organizational Proposed Intervenors, "Proposed Intervenors") hereby files this Supplement to the Motion to Intervene and For Leave to File Responsive Papers At Same Time As Defendants, Dkt. 22. In support of that Motion, Proposed Intervenors hereby attach an updated Declaration of Helen Butler, Executive Director of the Georgia Coalition for the People's Agenda, as Exhibit 1.

1

Respectfully submitted this 19th day of November, 2020.

*/s/ Bryan L. Sells*
BRYAN L. SELLS
Georgia Bar #635562
The Law Office of Bryan L. Sells, LLC.
P.O. Box 5493
Atlanta, GA  31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

*/s/ Jon M. Greenbaum*
Kristen Clarke*
kclarke@lawyerscommittee.org
Jon M. Greenbaum*
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg*
erosenberg@lawyerscommittee.org
Julie M. Houk*
jhouk@lawyerscommittee.org
John Powers*
jpowers@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300

*\* pro hac vice motion forthcoming*

*Attorney for Proposed Defendant-Intervenors Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, James Woodall, Helen Butler, and Melvin Ivey*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

>   /s/ Bryan L. Sells
>   BRYAN L. SELLS
>   Georgia Bar #635562
>   The Law Office of Bryan L. Sells, LLC.
>   P.O. Box 5493
>   Atlanta, GA  31107-0493
>   (404) 480-4212 (voice/fax)
>   bryan@bryansellslaw.com
>
>   *Attorney for Proposed Defendant-Intervenors*
>   *Georgia State Conference of the NAACP,*
>   *Georgia Coalition for the People's Agenda,*
>   *James Woodall, Helen Butler, and Melvin Ivey*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing document was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

                                        */s/ Bryan L. Sells*
                                        BRYAN L. SELLS
                                        Georgia Bar #635562
                                        The Law Office of Bryan L. Sells, LLC.
                                        P.O. Box 5493
                                        Atlanta, GA  31107-0493
                                        (404) 480-4212 (voice/fax)
                                        bryan@bryansellslaw.com