IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **L. Lin Wood, Jr.**, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-4651-SDG<br><br>**Certificate of Compliance** |

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation (ECF 4) and that I will comply with its provisions during the pendency of this action.

Respectfully submitted this 19th day of November, 2020.

**/s/ Bryan L. Sells**
Attorney Bar No. 635562
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

*Attorney for the NAACP Defendant-Intervenors*