# Exhibit 1



## Office of the Secretary of State

*Brad Raffensperger*  
SECRETARY OF STATE

*Chris Harvey*  
DIRECTOR OF ELECTIONS

## SECRETARY OF STATE
## LEGAL NOTICE
## ELECTIONS DIVISION

## **** NOTICE OF PUBLIC CONTEST SELECTION ****
## OF RISK LIMITING AUDIT

Notice is hereby given that The Secretary of State's Office will announce on Wednesday, November 11, 2020 at 1:00 p.m. EST the November General Election statewide contest to be audited by all 159 counties. The meeting will be held at 214 State Capitol, Atlanta, Georgia 30334, and it will be accessible via the following link: https://zoom.us/webinar/register/WN_VbWHeGFXSViTL0M-4zIMOw

Immediately following the announcement, the Secretary of State will oversee the random selection of the ballots to be audited. Counties will be notified of the ballots they must audit following their selection.

Using this website, please fill-in your first name, last name, and the e-mail address you would like your webinar invitation be sent. After registering you will receive an e-mail detailing the instructions on how to enter the webinar.

****************************************************