# Exhibit 3

 HOME  CORPORATIONS  ELECTIONS  LICENSING  SECURITIES  CHARITIES

VOTER INFO. | RESULTS & STATS | CANDIDATE INFO. | COUNTY & AGENCY

 # MONITORS CLOSELY OBSERVING AUDIT-TRIGGERED FULL HAND RECOUNT: TRANSPARENCY IS BUILT INTO PROCESS

(ATLANTA) – Monitors from state and county party organizations will be closely observing the statewide full hand recount, which was triggered by Georgia's first statewide Risk Limiting Audit. From the beginning of planning, the Secretary of State's office has made sure to instruct counties to allow political party organizations to observe the audit/recount throughout the process.

"Transparency is indispensable for ensuring confidence in the outcome of Georgia's elections, which is why I have instructed county elections officials to ensure political party monitors can watch every step of the way," said Secretary of State Brad Raffensperger. "Providing access and oversight of the full hand recount process has been part of the planning since the beginning. We have encouraged counties to livestream their recounts when possible and have made sure political parties can ensure a clean and fair recount in Georgia. Transparency should be a guiding principle in how counties are conducting the audit. While there are rules in place that allow counties to keep order, the more transparency they can provide the better while still ensuring an orderly process."

Georgia counties were required to begin their statewide Risk Limiting Audit triggered full hand recounts by 9 am on Friday, November 13. The counties must finish their recounts by 11:59 pm on Wednesday, November 18. As prescribed by Georgia law, the Secretary of State's office will then certify statewide election results after completion of the audit, by November 20.

Per the instructions given to counties as they conduct their audit triggered full hand recounts, designated monitors will be given complete access to observe the process from the beginning. While the audit triggered recount must be open to the public and media, designated monitors will be able to observe more closely. The general public and the press will be restricted to a public viewing area. Designated monitors will be able to watch the recount while standing close to the elections workers conducting the recount.

Political parties are allowed to designate a minimum of two monitors per county at a ratio of one monitor per party for every ten audit boards in a county. If DeKalb County, for example, has 75 audit teams, each political party would be allowed to designate 8 monitors to monitor the process. Beyond being able to watch to ensure the recount is conducted fairly and securely, the two-person audit boards conducting the hand recount call out the votes as they are recounted, providing monitors and the public an additional way to keep tabs on the process.

The instructions for the audit triggered hand recount build in transparency and provide ample opportunity for party organizations and the voters of Georgia to be confident of a fair and secure process.

*Georgia is recognized as a national leader in elections. It was the first state in the country to implement the trifecta of automatic voter registration, at least 16 days of early voting (which has been called the "gold standard"), and no-excuse absentee voting. Georgia continues to set records for voter turnout and election participation, seeing the largest increase in average turnout of any other state in the 2018 midterm election and record overall, early, in-person, and absentee-by-mail turnout during the November 2020 elections.*

###

| Key Election Dates and Information | Military and Overseas Voting |
| Register to Vote | Where do I vote? (MVP) |

## QUICK LINKS

| Risk Limiting Audit Public Notice | 2020 Presidential Electors |
| State Election Board | GA Voter ID Info. |
| Secure The Vote | Elections Advisory Council |
| 2019 Official Directory | Vote Safe |
| SAFE Commission | Voter Registration Drive |
| Stop Voter Fraud | Reexamination Costs |
| Online Complaints | Information for Voter Registrations Pending Due to Citizenship |
| Proposed Constitutional Amendments | Intent to Tabulate Early |
| Great Seal | SD 4 Qualified Candidates |
| iVote - Students / Educators | Advance Voting Info. |
| Check Your Provisional Ballot Status for November 6, 2018 Election | 2019 List Maintenance |
| FAQs | |

## LATEST ELECTIONS NEWS

Number of Absentee Ballots Rejected for Signature Issues in the 2020 Election Increased 350% from 2018

Wednesday, November 18th 2020

Secretary Raffensperger Announces Completion of Voting Machine Audit Using Forensic Techniques: No Sign of Foul Play
Tuesday, November 17th 2020

Secretary Raffensperger Issues Warning Against Activist Groups Helping Out of State Illegal Voters: 'We will catch you. We Prosecute'
Monday, November 16th 2020

SECRETARY RAFFENSPERGER WARNING: 'MOVING' TO GEORGIA TEMPORARILY IN ORDER TO VOTE IN JAN. 5 RUNOFF IS ILLEGAL AND WILL BE PROSECUTED
Friday, November 13th 2020

Monitors Closely Observing Audit-Triggered Full Hand Recount: Transparency is Built Into Process
Friday, November 13th 2020



OFFICE OF BRAD RAFFENSPERGER

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

CONTACT

214 State Capitol
Atlanta, Georgia 30334
404.656.2881
E-Mail
© 2018 Georgia Secretary of State