# Exhibit 6

11/18/2020 Number Of Absentee Ballots Rejected For Signature Issues In The 2020 Election Increased 350% From 2018 | Elections

Case 1:20-cv-04651-SDG Document 83-6 Filed 11/19/20 Page 2 of 3

 HOME  CORPORATIONS   ELECTIONS   LICENSING  SECURITIES CHARITIES

VOTER INFO.   RESULTS & STATS   CANDIDATE INFO.   COUNTY & AGENCY



# NUMBER OF ABSENTEE BALLOTS REJECTED FOR SIGNATURE ISSUES IN THE 2020 ELECTION INCREASED 350% FROM 2018

(ATLANTA)- The number of absentee ballot rejections for signature issues increased approximately 350% in the November 2020 election in Georgia from the 2018 election, about the same rate of increase as the total number of absentee ballots accepted. The rejection rate for absentee ballots with missing or non-matching signatures in the 2020 General Election was 0.15%, the same rejection rate for signature issues as the 2018 General Election.

2,011 absentee ballots were rejected in the November 2020 election for missing or non-matching signatures out of 1,322,529 absentee ballots cast. In November 2018, 454 absentee ballots were rejected for missing or non-matching signatures out of 284,393 absentee ballots cast. The 0.15% rejection rate for signature issues was the same in both the 2018 and 2020 General Elections.

In the 2020 Primary, 3,266 absentee ballot were rejected for missing or non-matching signatures out of 1,151,371 absentee ballots cast, a rejection rate of 0.28%. The lower rejection rate in the general election compared to the primary is likely the result of both parties attempting to help voters cure their absentee ballots pursuant to the process set forth in Georgia statute.

Numbers for total number of rejected absentee ballots for the 2020 election, including ballots received after the 7:00 p.m. Election Day deadline, are still being input by county election officials and are not yet available.

*Georgia is recognized as a national leader in elections. It was the first state in the country to implement the trifecta of automatic voter registration, at least 16 days of early voting (which has been called the "gold standard"), and no-excuse absentee voting. Georgia continues to set records for voter turnout and election participation, seeing the largest increase in average turnout of any other state in the 2018 midterm election and record overall, early, in-person, and absentee-by-mail turnout during the November 2020 elections.*

###

| Key Election Dates and Information | Military and Overseas Voting |
|---|---|
| Register to Vote | Where do I vote? (MVP) |

## QUICK LINKS

| | |
|---|---|
| Risk Limiting Audit Public Notice | 2020 Presidential Electors |
| State Election Board | GA Voter ID Info. |
| Secure The Vote | Elections Advisory Council |
| 2019 Official Directory | Vote Safe |
| SAFE Commission | Voter Registration Drive |
| Stop Voter Fraud | Reexamination Costs |
| Online Complaints | Information for Voter Registrations Pending Due to Citizenship |
| Proposed Constitutional Amendments | Intent to Tabulate Early |
| Great Seal | SD 4 Qualified Candidates |
| iVote - Students / Educators | Advance Voting Info. |
| Check Your Provisional Ballot Status for November 6, 2018 Election | 2019 List Maintenance |
| FAQs | |

## LATEST ELECTIONS NEWS

Number of Absentee Ballots Rejected for Signature Issues in the 2020 Election Increased 350% from 2018

11/18/2020 Number Of Absentee Ballots Rejected For Signature Issues In The 2020 Election Increased 350 from 2018 | Elections

Case 1:20-cv-04651-SDG  Document 33-6  Filed 11/19/20  Page 3 of 3

Wednesday, November 18th 2020

Secretary Raffensperger Announces Completion of Voting Machine Audit Using Forensic Techniques: No Sign of Foul Play
Tuesday, November 17th 2020

Secretary Raffensperger Issues Warning Against Activist Groups Helping Out of State Illegal Voters: 'We will catch you. We Prosecute'
Monday, November 16th 2020

SECRETARY RAFFENSPERGER WARNING: 'MOVING' TO GEORGIA TEMPORARILY IN ORDER TO VOTE IN JAN. 5 RUNOFF IS ILLEGAL AND WILL BE PROSECUTED
Friday, November 13th 2020

Monitors Closely Observing Audit-Triggered Full Hand Recount: Transparency is Built Into Process
Friday, November 13th 2020



OFFICE OF BRAD RAFFENSPERGER

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

**CONTACT**

214 State Capitol
Atlanta, Georgia 30334
404.656.2881
E-Mail
© 2018 Georgia Secretary of State