# Exhibit 7

**NOTICE OF INTENT TO POST A RULE OF THE STATE ELECTIONS BOARD, CHAPTER 183-1-14, *RULES OF STATE ELECTION BOARD*, RULE 183-1-14-.13** *PROMPT NOTIFICATION OF ABSENTEE BALLOT REJECTION.*
**AND NOTICE OF PUBLIC HEARING.**

TO ALL INTERESTED PERSONS AND PARTIES:

Notice is hereby given that pursuant to the authority set forth below, the Georgia State Election Board, (hereinafter "SEB") proposes to post an SEB rule, Rule 183-1-14-.13 *Prompt Notification of Absentee Ballot Rejection* (hereinafter "proposed rule").

This notice, together with an exact copy of the proposed new rule and a synopsis of the proposed rule, is being distributed to all persons who have requested, in writing, that they be placed on a distribution list. A copy of this notice, an exact copy of the proposed rule amendment, and a synopsis of the proposed rule amendment may be reviewed during normal business hours of 8:00 a.m. to 5:00 p.m. Monday through Friday, except official state holidays, at the Office of the Secretary of State, Elections Division, 2 Martin Luther King Jr. Drive, S.E., 8th Floor West Tower, Atlanta, Georgia 30334. These documents will also be available for review on the State Election Board's web page at https://sos.ga.gov/index.php/elections/state_election_board. Copies may also be requested by contacting the Elections Division at (404) 656-2871.

To provide the public an opportunity to comment upon and provide input into the proposed rule amendment, a public hearing will be held on:

April 15, 2020
8:30 a.m.
State Capitol Building
206 Washington Street, SW
Room 341
Atlanta, Georgia 30334

At the public hearing anyone may present data, make a statement, comment or offer a viewpoint or argument whether orally or in writing. Oral statements should be concise and will be limited to 2 minutes per person. Additional comments should be presented in writing. Lengthy statements or statements of a considerable technical or economic nature, as well as previously recorded messages, must be submitted for the official record on or before Monday, April 6, 2020 to the address below for written comments. Written comments must be received on or before Monday, April 6, 2020 and be addressed to Jasmine Shannon by mail to Office of the Secretary of State, Elections Division, 2 Martin Luther King Jr. Drive, S.E., 8th Floor West Tower, Atlanta, Georgia 30334 or by email to jshannon@sos.ga.gov.

The State Election Board will consider the proposed rule at a meeting scheduled to begin at 8:30 a.m. on Wednesday, April 15, 2020 at the State Capitol Building, 206 Washington Street SW, Room 341, Atlanta, Georgia 30334.

This notice is given in compliance with O.C.G.A. § 50-13-4.

This 5th day of March, 2020.

*Brad Raffensperger*
Brad Raffensperger
Chairman, State Elections Board

Posted: March 5, 2020

**SYNOPSIS OF THE PROPOSED RULE OF THE
STATE ELECTIONS BOARD, CHAPTER 183-1-14, *RULES OF STATE
ELECTION BOARD*, RULE 183-1-14-.13 *PROMPT NOTIFICATION OF
ABSENTEE BALLOT REJECTION***

Purpose: The purpose of the revisions to this rule is to revise the procedures for providing prompt notification to electors when their absentee ballots are rejected.

Main Features: The main feature of the revisions to this rule is to update the procedures for absentee voting to ensure that election officials promptly notify electors when their absentee ballots have been rejected and the opportunity to cure the issue so their ballot may be counted.

**DIFFERENCES BETWEEN THE EXISTING RULE AND THE PROPOSED
AMENDMENTS OF THE STATE ELECTION BOARD, CHAPTER 183-1-14,
*RULES OF STATE ELECTION BOARD*, RULE 183-1-14-.13 *PROMPT
NOTIFICATION OF ABSENTEE BALLOT REJECTION***

NOTE: Struck through text is proposed to be deleted.  Underlined text is proposed to be added.

**THE PROPOSED RULE OF THE STATE ELECTION BOARD, CHAPTER 183-1-14,
*RULES OF STATE ELECTION BOARD*, RULE 183-1-14-.13 *PROMPT
NOTIFICATION OF ABSENTEE BALLOT REJECTION***

**RULE 183-1-14-.13 Prompt Notification of Absentee Ballot Rejection**

When a timely submitted absentee ballot is rejected, the board of registrars or absentee ballot clerk shall send the elector notice of such rejection and opportunity to cure by mailing written notice, and attempt to notify the elector by telephone and email, if a telephone number or email is on the elector's voter registration record <u>or absentee ballot application</u>, no later than the close of business on the third business day after rejecting the absentee ballot.  However, for any timely submitted absentee ballot that is rejected within eleven days of Election Day, the board of registrars or absentee ballot clerk shall send the elector notice of such rejection and opportunity to cure by mailing written notice, and attempt to notify the elector by telephone and email, if a telephone number or email is on the elector's voter registration record <u>or absentee ballot application</u>, no later than close of business on the next business day.

Authority: O.C.G.A. §§ 21-2-31, O.C.G.A § 21-2-386

COPY OF THE PROPOSED NEW RULE
*PROMPT NOTIFICATION OF ABSENTEE BALLOT REJECTION*

**RULE 183-1-14-.13 Prompt Notification of Absentee Ballot Rejection**

When a timely submitted absentee ballot is rejected, the board of registrars or absentee ballot clerk shall send the elector notice of such rejection and opportunity to cure by mailing written notice, and attempt to notify the elector by telephone and email, if a telephone number or email is on the elector's voter registration record or absentee ballot application, no later than the close of business on the third business day after rejecting the absentee ballot.  However, for any timely submitted absentee ballot that is rejected within eleven days of Election Day, the board of registrars or absentee ballot clerk shall send the elector notice of such rejection and opportunity to cure by mailing written notice, and attempt to notify the elector by telephone and email, if a telephone number or email is on the elector's voter registration record or absentee ballot application, no later than close of business on the next business day.

Authority: O.C.G.A. §§ 21-2-31, O.C.G.A § 21-2-386