# Exhibit 8

| | President of the United States | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Donald J. Trump (I) (Rep) | | | | | Joseph R. Biden (Dem) | | | | | Jo Jorgensen (Lib) | | | | | |
| County | Election Da | Absentee b | Advanced \ | Provisional | Total Votes | Election Da | Absentee b | Advanced \ | Provisional | Total Votes | Election Da | Absentee b | Advanced \ | Provisional | Total Votes | Total |
| Appling | 1,753 | 890 | 3,874 | 9 | 6,526 | 334 | 587 | 855 | 3 | 1,779 | 5 | 5 | 26 | 0 | 36 | 8,341 |
| Atkinson | 716 | 164 | 1,419 | 1 | 2,300 | 250 | 130 | 445 | 0 | 825 | 14 | 3 | 13 | 0 | 30 | 3,155 |
| Bacon | 431 | 487 | 3,099 | 1 | 4,018 | 140 | 196 | 288 | 1 | 625 | 8 | 4 | 13 | 0 | 25 | 4,668 |
| Baker | 291 | 138 | 466 | 2 | 897 | 149 | 234 | 269 | 0 | 652 | 2 | 2 | 2 | 0 | 6 | 1,555 |
| Baldwin | 1,873 | 1,290 | 5,736 | 4 | 8,903 | 1,527 | 3,000 | 4,612 | 1 | 9,140 | 63 | 38 | 107 | 0 | 208 | 18,251 |
| Banks | 1,644 | 1,025 | 5,116 | 10 | 7,795 | 150 | 344 | 435 | 3 | 932 | 20 | 9 | 45 | 0 | 74 | 8,801 |
| Barrow | 5,885 | 4,134 | 16,782 | 3 | 26,804 | 1,717 | 3,583 | 5,150 | 3 | 10,453 | 226 | 131 | 307 | 0 | 664 | 37,921 |
| Bartow | 10,179 | 5,976 | 21,499 | 20 | 37,674 | 2,175 | 4,486 | 5,423 | 8 | 12,092 | 276 | 148 | 275 | 2 | 701 | 50,467 |
| Ben Hill | 441 | 528 | 3,140 | 1 | 4,110 | 336 | 714 | 1,342 | 0 | 2,392 | 18 | 8 | 32 | 0 | 58 | 6,560 |
| Berrien | 1,835 | 749 | 3,825 | 10 | 6,419 | 333 | 367 | 568 | 1 | 1,269 | 21 | 9 | 25 | 0 | 55 | 7,743 |
| Bibb | 7,922 | 5,375 | 13,234 | 54 | 26,585 | 8,704 | 14,264 | 20,384 | 116 | 43,468 | 299 | 174 | 273 | 3 | 749 | 70,802 |
| Bleckley | 942 | 614 | 2,770 | 2 | 4,328 | 295 | 428 | 588 | 0 | 1,311 | 20 | 10 | 37 | 0 | 67 | 5,706 |
| Brantley | 1,992 | 685 | 4,307 | 7 | 6,991 | 145 | 204 | 349 | 1 | 699 | 24 | 11 | 21 | 0 | 56 | 7,746 |
| Brooks | 1,423 | 519 | 2,312 | 6 | 4,260 | 522 | 1,115 | 1,149 | 4 | 2,790 | 16 | 9 | 25 | 0 | 50 | 7,100 |
| Bryan | 2,579 | 1,588 | 10,072 | 5 | 14,244 | 838 | 2,105 | 3,794 | 2 | 6,739 | 108 | 72 | 177 | 0 | 357 | 21,340 |
| Bulloch | 6,653 | 2,800 | 8,910 | 23 | 18,386 | 2,415 | 3,530 | 5,263 | 35 | 11,243 | 192 | 87 | 175 | 1 | 455 | 30,084 |
| Burke | 1,949 | 649 | 2,802 | 0 | 5,400 | 1,490 | 1,867 | 1,852 | 0 | 5,209 | 25 | 14 | 36 | 0 | 75 | 10,684 |
| Butts | 824 | 1,137 | 6,443 | 2 | 8,406 | 376 | 973 | 1,924 | 1 | 3,274 | 22 | 20 | 49 | 0 | 91 | 11,771 |
| Calhoun | 279 | 150 | 494 | 0 | 923 | 361 | 436 | 463 | 0 | 1,260 | 6 | 3 | 2 | 0 | 11 | 2,194 |
| Camden | 3,621 | 2,161 | 9,465 | 4 | 15,251 | 1,166 | 2,777 | 4,021 | 3 | 7,967 | 170 | 95 | 205 | 0 | 470 | 23,688 |
| Candler | 1,587 | 375 | 1,172 | 0 | 3,134 | 529 | 376 | 363 | 1 | 1,269 | 23 | 4 | 2 | 0 | 29 | 4,432 |
| Carroll | 11,071 | 4,699 | 21,676 | 30 | 37,476 | 3,007 | 4,634 | 8,582 | 15 | 16,238 | 278 | 125 | 357 | 0 | 760 | 54,474 |
| Catoosa | 5,170 | 2,952 | 17,025 | 20 | 25,167 | 976 | 2,130 | 3,823 | 3 | 6,932 | 178 | 78 | 236 | 2 | 494 | 32,593 |
| Charlton | 1,124 | 397 | 1,896 | 2 | 3,419 | 233 | 294 | 576 | 0 | 1,103 | 17 | 7 | 20 | 0 | 44 | 4,566 |
| Chatham | 18,346 | 11,781 | 23,014 | 96 | 53,237 | 17,952 | 29,037 | 31,085 | 180 | 78,254 | 889 | 506 | 519 | 15 | 1,929 | 133,420 |
| Chattahoochee | 291 | 132 | 455 | 2 | 880 | 150 | 166 | 350 | 1 | 667 | 17 | 9 | 8 | 1 | 35 | 1,582 |
| Chattooga | 2,464 | 1,102 | 4,492 | 6 | 8,064 | 366 | 649 | 837 | 2 | 1,854 | 50 | 25 | 57 | 0 | 132 | 10,050 |
| Cherokee | 23,758 | 19,639 | 56,171 | 19 | 99,587 | 6,598 | 17,261 | 18,929 | 6 | 42,794 | 921 | 628 | 899 | 1 | 2,449 | 144,830 |
| Clarke | 3,409 | 4,048 | 6,974 | 15 | 14,446 | 5,323 | 14,329 | 16,357 | 39 | 36,048 | 268 | 243 | 325 | 3 | 839 | 51,333 |
| Clay | 131 | 105 | 401 | 0 | 637 | 165 | 296 | 329 | 0 | 790 | 5 | 2 | 0 | 0 | 7 | 1,434 |
| Clayton | 3,403 | 4,366 | 7,988 | 56 | 15,813 | 16,580 | 27,109 | 51,347 | 440 | 95,476 | 343 | 312 | 397 | 3 | 1,055 | 112,344 |
| Clinch | 618 | 209 | 1,277 | 1 | 2,105 | 235 | 156 | 356 | 0 | 747 | 2 | 2 | 8 | 0 | 12 | 2,864 |
| Cobb | 37,609 | 50,764 | 76,907 | 179 | 165,459 | 30,599 | 95,513 | 95,387 | 347 | 221,846 | 2,157 | 2,320 | 1,952 | 12 | 6,441 | 393,746 |
| Coffee | 2,587 | 917 | 7,066 | 8 | 10,578 | 1,100 | 995 | 2,411 | 5 | 4,511 | 41 | 17 | 67 | 0 | 125 | 15,214 |
| Colquitt | 4,270 | 1,365 | 6,132 | 10 | 11,777 | 1,108 | 1,199 | 1,877 | 3 | 4,187 | 50 | 20 | 49 | 0 | 119 | 16,083 |
| Columbia | 13,300 | 7,023 | 29,643 | 47 | 50,013 | 5,009 | 9,546 | 14,648 | 33 | 29,236 | 514 | 241 | 575 | 0 | 1,330 | 80,579 |
| Cook | 1,113 | 486 | 3,301 | 0 | 4,900 | 538 | 512 | 1,008 | 1 | 2,059 | 26 | 14 | 36 | 0 | 76 | 7,035 |
| Coweta | 18,273 | 9,400 | 23,824 | 4 | 51,501 | 5,330 | 9,288 | 9,578 | 14 | 24,210 | 498 | 304 | 283 | 3 | 1,088 | 76,799 |
| Crawford | 1,152 | 562 | 2,713 | 1 | 4,428 | 263 | 524 | 827 | 1 | 1,615 | 21 | 10 | 28 | 0 | 59 | 6,102 |
| Crisp | 977 | 780 | 3,227 | 3 | 4,987 | 571 | 886 | 1,527 | 2 | 2,986 | 23 | 10 | 33 | 0 | 66 | 8,039 |
| Dade | 2,010 | 635 | 3,414 | 7 | 6,066 | 243 | 377 | 640 | 1 | 1,261 | 51 | 12 | 44 | 0 | 107 | 7,434 |
| Dawson | 2,336 | 1,964 | 9,095 | 3 | 13,398 | 254 | 1,051 | 1,181 | 0 | 2,486 | 62 | 44 | 90 | 1 | 197 | 16,081 |
| Decatur | 1,469 | 832 | 4,451 | 6 | 6,758 | 788 | 1,472 | 2,512 | 8 | 4,780 | 20 | 23 | 46 | 0 | 89 | 11,627 |
| DeKalb | 12,126 | 16,074 | 29,966 | 203 | 58,369 | 33,634 | 110,579 | 162,718 | 1,209 | 308,140 | 1,122 | 1,354 | 1,707 | 19 | 4,202 | 370,711 |
| Dodge | 2,335 | 711 | 2,793 | 4 | 5,843 | 550 | 580 | 1,040 | 1 | 2,171 | 34 | 10 | 11 | 1 | 56 | 8,070 |
| Dooly | 466 | 259 | 1,431 | 3 | 2,159 | 482 | 476 | 951 | 2 | 1,911 | 10 | 7 | 18 | 0 | 35 | 4,105 |
| Dougherty | 4,259 | 2,350 | 3,818 | 22 | 10,449 | 7,317 | 8,051 | 9,124 | 84 | 24,576 | 133 | 70 | 74 | 3 | 280 | 35,305 |
| Douglas | 4,735 | 5,434 | 15,139 | 15 | 25,323 | 5,807 | 13,998 | 22,804 | 44 | 42,653 | 252 | 227 | 349 | 2 | 830 | 68,806 |
| Early | 799 | 416 | 1,504 | 3 | 2,722 | 646 | 684 | 1,107 | 0 | 2,437 | 7 | 6 | 15 | 0 | 28 | 5,187 |
| Echols | 226 | 121 | 909 | 0 | 1,256 | 33 | 32 | 102 | 0 | 167 | 4 | 3 | 11 | 0 | 18 | 1,441 |
| Effingham | 7,350 | 2,520 | 13,471 | 17 | 23,358 | 1,752 | 2,333 | 3,623 | 12 | 7,720 | 233 | 92 | 167 | 0 | 492 | 31,570 |
| Elbert | 1,837 | 981 | 3,408 | 0 | 6,226 | 529 | 1,082 | 1,268 | 0 | 2,879 | 30 | 13 | 23 | 0 | 66 | 9,171 |
| Emanuel | 2,528 | 896 | 3,126 | 1 | 6,551 | 842 | 808 | 1,234 | 0 | 2,884 | 36 | 7 | 22 | 1 | 66 | 9,501 |
| Evans | 471 | 491 | 1,926 | 0 | 2,888 | 236 | 347 | 741 | 0 | 1,324 | 12 | 12 | 11 | 0 | 35 | 4,247 |
| Fannin | 4,163 | 2,253 | 5,730 | 23 | 12,169 | 384 | 1,159 | 1,028 | 0 | 2,571 | 43 | 32 | 35 | 0 | 110 | 14,850 |
| Fayette | 6,352 | 7,382 | 22,585 | 56 | 36,375 | 3,400 | 11,152 | 17,315 | 70 | 31,937 | 279 | 232 | 420 | 2 | 933 | 69,245 |
| Floyd | 7,897 | 4,436 | 14,612 | 175 | 27,120 | 2,154 | 3,976 | 4,806 | 36 | 10,972 | 199 | 98 | 199 | 0 | 496 | 38,588 |
| Forsyth | 9,740 | 14,612 | 60,739 | 31 | 85,122 | 3,375 | 15,682 | 23,125 | 21 | 42,203 | 415 | 477 | 1,087 | 1 | 1,980 | 129,305 |
| Franklin | 2,299 | 1,404 | 5,364 | 2 | 9,069 | 348 | 598 | 647 | 0 | 1,593 | 31 | 25 | 47 | 0 | 103 | 10,765 |
| Fulton | 19,552 | 29,479 | 87,293 | 916 | 137,240 | 38,143 | 115,788 | 224,688 | 2,525 | 381,144 | 1,448 | 1,727 | 3,004 | 96 | 6,275 | 524,659 |
| Gilmer | 4,371 | 2,183 | 6,863 | 12 | 13,429 | 453 | 1,270 | 1,209 | 0 | 2,932 | 64 | 35 | 64 | 1 | 164 | 16,525 |
| Glascock | 403 | 205 | 795 | 0 | 1,403 | 40 | 53 | 62 | 0 | 155 | 3 | 1 | 4 | 0 | 8 | 1,566 |
| Glynn | 4,701 | 4,388 | 16,492 | 35 | 25,616 | 2,153 | 5,735 | 7,969 | 22 | 15,879 | 149 | 105 | 234 | 1 | 489 | 41,984 |
| Gordon | 6,986 | 2,538 | 9,866 | 15 | 19,405 | 1,003 | 1,464 | 1,916 | 1 | 4,384 | 107 | 51 | 86 | 0 | 244 | 24,033 |
| Grady | 2,028 | 1,103 | 3,896 | 7 | 7,034 | 635 | 1,112 | 1,861 | 11 | 3,619 | 25 | 11 | 18 | 0 | 54 | 10,707 |
| Greene | 844 | 1,275 | 4,947 | 2 | 7,068 | 583 | 1,532 | 1,965 | 8 | 4,088 | 21 | 19 | 51 | 0 | 91 | 11,247 |
| Gwinnett | 35,271 | 40,396 | 90,472 | 274 | 166,413 | 35,793 | 81,502 | 124,125 | 407 | 241,827 | 1,742 | 1,679 | 2,186 | 18 | 5,625 | 413,865 |
| Habersham | 2,628 | 2,905 | 11,083 | 21 | 16,637 | 511 | 1,315 | 1,733 | 4 | 3,563 | 64 | 42 | 126 | 0 | 232 | 20,432 |
| Hall | 11,111 | 12,005 | 40,999 | 55 | 64,170 | 3,847 | 9,215 | 11,951 | 18 | 25,031 | 402 | 305 | 611 | 4 | 1,322 | 90,523 |
| Hancock | 274 | 244 | 641 | 0 | 1,159 | 624 | 1,223 | 1,135 | 3 | 2,985 | 10 | 7 | 4 | 0 | 21 | 4,165 |
| Haralson | 4,317 | 1,786 | 6,224 | 4 | 12,331 | 375 | 671 | 746 | 0 | 1,792 | 55 | 30 | 40 | 0 | 125 | 14,248 |
| Harris | 5,592 | 2,087 | 6,627 | 13 | 14,319 | 1,278 | 2,067 | 2,106 | 6 | 5,457 | 103 | 62 | 50 | 0 | 215 | 19,991 |
| Hart | 2,338 | 1,437 | 5,687 | 2 | 9,464 | 560 | 1,128 | 1,467 | 2 | 3,157 | 43 | 20 | 43 | 0 | 106 | 12,727 |
| Heard | 1,641 | 677 | 2,197 | 1 | 4,516 | 184 | 296 | 343 | 1 | 824 | 21 | 11 | 19 | 0 | 51 | 5,391 |
| Henry | 8,143 | 8,134 | 31,879 | 31 | 48,187 | 8,191 | 20,858 | 44,156 | 71 | 73,276 | 322 | 310 | 645 | 2 | 1,279 | 122,742 |

| County | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Houston | 11,644 | 8,163 | 21,677 | 50 | 41,534 | 6,349 | 11,867 | 13,970 | 46 | 32,232 | 422 | 294 | 339 | 2 | 1,057 | 74,823 |
| Irwin | 655 | 369 | 2,106 | 4 | 3,134 | 227 | 257 | 523 | 1 | 1,008 | 8 | 1 | 17 | 0 | 26 | 4,168 |
| Jackson | 4,961 | 4,395 | 20,135 | 6 | 29,497 | 1,053 | 2,797 | 3,791 | 1 | 7,642 | 157 | 116 | 258 | 0 | 531 | 37,670 |
| Jasper | 1,547 | 808 | 3,455 | 12 | 5,822 | 294 | 680 | 785 | 2 | 1,761 | 22 | 18 | 21 | 0 | 61 | 7,644 |
| Jeff Davis | 1,418 | 528 | 2,749 | 0 | 4,695 | 248 | 273 | 507 | 0 | 1,028 | 18 | 13 | 17 | 0 | 48 | 5,771 |
| Jefferson | 1,096 | 446 | 1,992 | 3 | 3,537 | 1,056 | 1,274 | 1,723 | 8 | 4,061 | 18 | 6 | 20 | 0 | 44 | 7,642 |
| Jenkins | 579 | 335 | 1,244 | 3 | 2,161 | 292 | 416 | 557 | 1 | 1,266 | 15 | 5 | 8 | 0 | 28 | 3,455 |
| Johnson | 771 | 331 | 1,748 | 0 | 2,850 | 209 | 420 | 593 | 0 | 1,222 | 9 | 6 | 13 | 0 | 28 | 4,100 |
| Jones | 3,023 | 1,272 | 5,666 | 4 | 9,965 | 841 | 1,689 | 2,356 | 2 | 4,888 | 47 | 18 | 47 | 1 | 113 | 14,966 |
| Lamar | 1,743 | 807 | 3,772 | 8 | 6,330 | 472 | 936 | 1,204 | 3 | 2,615 | 40 | 14 | 40 | 0 | 94 | 9,039 |
| Lanier | 481 | 250 | 1,778 | 0 | 2,509 | 204 | 298 | 517 | 0 | 1,019 | 13 | 10 | 25 | 0 | 48 | 3,576 |
| Laurens | 5,660 | 2,351 | 6,479 | 3 | 14,493 | 1,884 | 2,735 | 3,451 | 3 | 8,073 | 62 | 38 | 63 | 0 | 163 | 22,729 |
| Lee | 3,054 | 1,221 | 7,728 | 4 | 12,007 | 895 | 1,243 | 2,418 | 2 | 4,558 | 62 | 19 | 68 | 0 | 149 | 16,714 |
| Liberty | 1,704 | 1,311 | 4,941 | 3 | 7,959 | 1,666 | 4,301 | 7,129 | 3 | 13,099 | 102 | 93 | 136 | 0 | 331 | 21,389 |
| Lincoln | 904 | 442 | 1,832 | 1 | 3,179 | 265 | 628 | 540 | 2 | 1,435 | 13 | 10 | 13 | 0 | 36 | 4,650 |
| Long | 1,126 | 290 | 2,102 | 10 | 3,528 | 379 | 500 | 1,148 | 6 | 2,033 | 33 | 14 | 48 | 0 | 95 | 5,656 |
| Lowndes | 5,351 | 3,379 | 16,795 | 166 | 25,691 | 2,892 | 5,929 | 11,017 | 279 | 20,117 | 168 | 122 | 249 | 8 | 547 | 46,355 |
| Lumpkin | 2,002 | 2,022 | 8,138 | 1 | 12,163 | 332 | 1,245 | 1,549 | 0 | 3,126 | 63 | 48 | 131 | 0 | 242 | 15,531 |
| Macon | 348 | 139 | 1,296 | 0 | 1,783 | 692 | 706 | 1,459 | 0 | 2,857 | 10 | 2 | 10 | 0 | 22 | 4,662 |
| Madison | 3,502 | 1,718 | 6,103 | 3 | 11,326 | 740 | 1,192 | 1,478 | 1 | 3,411 | 83 | 40 | 77 | 0 | 200 | 14,937 |
| Marion | 759 | 295 | 1,221 | 0 | 2,275 | 220 | 471 | 620 | 0 | 1,311 | 12 | 6 | 20 | 0 | 38 | 3,624 |
| McDuffie | 826 | 898 | 4,445 | 0 | 6,169 | 600 | 1,522 | 2,046 | 0 | 4,168 | 40 | 23 | 55 | 0 | 118 | 10,455 |
| McIntosh | 810 | 834 | 2,371 | 1 | 4,016 | 442 | 853 | 1,317 | 0 | 2,612 | 34 | 15 | 19 | 0 | 68 | 6,696 |
| Meriwethe | 2,230 | 980 | 3,312 | 2 | 6,524 | 1,189 | 1,489 | 1,604 | 5 | 4,287 | 25 | 17 | 24 | 0 | 66 | 10,877 |
| Miller | 530 | 264 | 1,269 | 3 | 2,066 | 174 | 221 | 354 | 0 | 749 | 7 | 2 | 11 | 0 | 20 | 2,835 |
| Mitchell | 1,551 | 681 | 2,701 | 2 | 4,935 | 818 | 1,499 | 1,673 | 5 | 3,995 | 17 | 9 | 7 | 0 | 33 | 8,963 |
| Monroe | 3,102 | 1,062 | 6,890 | 6 | 11,060 | 690 | 1,372 | 2,320 | 2 | 4,384 | 52 | 27 | 69 | 0 | 148 | 15,592 |
| Montgome | 1,109 | 356 | 1,495 | 0 | 2,960 | 250 | 310 | 419 | 0 | 979 | 12 | 3 | 12 | 0 | 27 | 3,966 |
| Morgan | 1,865 | 938 | 5,424 | 3 | 8,230 | 496 | 1,042 | 1,815 | 2 | 3,355 | 50 | 19 | 53 | 0 | 122 | 11,707 |
| Murray | 3,893 | 1,361 | 7,689 | 0 | 12,943 | 530 | 679 | 1,093 | 0 | 2,302 | 50 | 22 | 72 | 0 | 144 | 15,389 |
| Muscogee | 6,527 | 6,399 | 17,106 | 17 | 30,049 | 6,579 | 17,690 | 25,227 | 33 | 49,529 | 305 | 261 | 397 | 2 | 965 | 80,543 |
| Newton | 10,888 | 4,860 | 8,103 | 18 | 23,869 | 6,745 | 10,471 | 12,556 | 22 | 29,794 | 289 | 158 | 129 | 0 | 576 | 54,239 |
| Oconee | 2,680 | 2,696 | 11,216 | 3 | 16,595 | 723 | 2,993 | 4,444 | 2 | 8,162 | 113 | 76 | 222 | 0 | 411 | 25,168 |
| Oglethorpe | 1,061 | 946 | 3,584 | 2 | 5,593 | 417 | 868 | 1,150 | 1 | 2,436 | 26 | 28 | 47 | 1 | 102 | 8,131 |
| Paulding | 9,710 | 9,582 | 35,174 | 59 | 54,525 | 3,763 | 10,525 | 15,376 | 40 | 29,704 | 327 | 278 | 550 | 1 | 1,156 | 85,385 |
| Peach | 954 | 810 | 4,728 | 10 | 6,502 | 809 | 1,741 | 3,364 | 6 | 5,920 | 44 | 12 | 66 | 1 | 123 | 12,545 |
| Pickens | 5,994 | 1,786 | 6,287 | 8 | 14,075 | 645 | 1,119 | 1,044 | 0 | 2,808 | 135 | 34 | 64 | 0 | 233 | 17,116 |
| Pierce | 1,208 | 923 | 5,768 | 0 | 7,899 | 122 | 368 | 610 | 0 | 1,100 | 14 | 6 | 29 | 0 | 49 | 9,048 |
| Pike | 2,341 | 919 | 5,864 | 3 | 9,127 | 285 | 523 | 695 | 2 | 1,505 | 27 | 20 | 41 | 0 | 88 | 10,720 |
| Polk | 2,849 | 1,707 | 9,021 | 12 | 13,589 | 607 | 1,088 | 1,957 | 6 | 3,658 | 58 | 24 | 67 | 3 | 152 | 17,399 |
| Pulaski | 336 | 313 | 2,155 | 1 | 2,805 | 165 | 337 | 715 | 0 | 1,217 | 10 | 9 | 18 | 0 | 37 | 4,059 |
| Putnam | 1,547 | 1,760 | 4,983 | 1 | 8,291 | 470 | 1,478 | 1,500 | 0 | 3,448 | 35 | 34 | 47 | 0 | 116 | 11,855 |
| Quitman | 163 | 88 | 353 | 0 | 604 | 163 | 137 | 196 | 1 | 497 | 3 | 1 | 1 | 0 | 5 | 1,106 |
| Rabun | 1,207 | 1,663 | 4,604 | 0 | 7,474 | 199 | 888 | 897 | 0 | 1,984 | 28 | 33 | 49 | 0 | 110 | 9,568 |
| Randolph | 321 | 214 | 856 | 0 | 1,391 | 402 | 464 | 802 | 3 | 1,671 | 6 | 2 | 4 | 0 | 12 | 3,074 |
| Richmond | 8,584 | 6,233 | 11,931 | 33 | 26,781 | 11,843 | 21,348 | 25,780 | 153 | 59,124 | 428 | 322 | 359 | 2 | 1,111 | 87,016 |
| Rockdale | 2,526 | 3,005 | 7,466 | 15 | 13,012 | 3,543 | 9,429 | 18,248 | 24 | 31,244 | 126 | 115 | 189 | 0 | 430 | 44,686 |
| Schley | 304 | 154 | 1,341 | 1 | 1,800 | 65 | 157 | 240 | 0 | 462 | 4 | 3 | 6 | 0 | 13 | 2,275 |
| Screven | 1,260 | 505 | 2,140 | 11 | 3,916 | 601 | 789 | 1,264 | 7 | 2,661 | 24 | 5 | 22 | 0 | 51 | 6,628 |
| Seminole | 944 | 277 | 1,390 | 0 | 2,611 | 294 | 269 | 691 | 0 | 1,254 | 15 | 1 | 3 | 0 | 19 | 3,884 |
| Spalding | 5,234 | 3,490 | 8,801 | 532 | 18,057 | 2,554 | 4,264 | 4,600 | 366 | 11,784 | 132 | 53 | 78 | 12 | 275 | 30,116 |
| Stephens | 1,234 | 1,365 | 6,765 | 4 | 9,368 | 291 | 806 | 1,288 | 0 | 2,385 | 33 | 24 | 75 | 0 | 132 | 11,885 |
| Stewart | 229 | 105 | 462 | 5 | 801 | 292 | 378 | 505 | 7 | 1,182 | 2 | 2 | 3 | 0 | 7 | 1,990 |
| Sumter | 1,524 | 837 | 3,358 | 13 | 5,732 | 1,139 | 2,023 | 3,150 | 6 | 6,318 | 26 | 18 | 56 | 0 | 100 | 12,150 |
| Talbot | 464 | 241 | 686 | 1 | 1,392 | 541 | 955 | 618 | 0 | 2,114 | 9 | 2 | 5 | 0 | 16 | 3,522 |
| Taliaferro | 96 | 64 | 200 | 0 | 360 | 100 | 237 | 223 | 1 | 561 | 4 | 1 | 2 | 0 | 7 | 928 |
| Tattnall | 1,536 | 818 | 3,699 | 0 | 6,053 | 412 | 546 | 1,103 | 0 | 2,061 | 34 | 10 | 25 | 0 | 69 | 8,183 |
| Taylor | 349 | 292 | 1,764 | 13 | 2,418 | 272 | 489 | 624 | 2 | 1,387 | 13 | 3 | 18 | 0 | 34 | 3,839 |
| Telfair | 958 | 358 | 1,506 | 3 | 2,825 | 317 | 618 | 545 | 7 | 1,487 | 10 | 2 | 9 | 0 | 21 | 4,333 |
| Terrell | 665 | 270 | 1,069 | 0 | 2,004 | 567 | 839 | 969 | 1 | 2,376 | 15 | 12 | 9 | 0 | 36 | 4,416 |
| Thomas | 2,718 | 1,670 | 8,565 | 1 | 12,954 | 1,473 | 2,412 | 4,819 | 4 | 8,708 | 65 | 35 | 91 | 0 | 191 | 21,853 |
| Tift | 2,721 | 1,221 | 6,833 | 9 | 10,784 | 1,110 | 1,464 | 2,732 | 16 | 5,322 | 54 | 33 | 88 | 2 | 177 | 16,283 |
| Toombs | 1,797 | 1,217 | 4,852 | 6 | 7,872 | 569 | 1,078 | 1,288 | 4 | 2,939 | 49 | 16 | 38 | 0 | 103 | 10,914 |
| Towns | 984 | 1,227 | 4,165 | 8 | 6,384 | 118 | 711 | 720 | 1 | 1,550 | 17 | 10 | 18 | 0 | 45 | 7,979 |
| Treutlen | 418 | 274 | 1,409 | 0 | 2,101 | 123 | 303 | 526 | 0 | 952 | 10 | 4 | 10 | 0 | 24 | 3,077 |
| Troup | 4,673 | 2,905 | 10,519 | 46 | 18,143 | 2,809 | 3,459 | 5,276 | 34 | 11,578 | 139 | 60 | 129 | 0 | 328 | 30,049 |
| Turner | 377 | 233 | 1,738 | 1 | 2,349 | 332 | 299 | 788 | 1 | 1,410 | 6 | 5 | 22 | 0 | 33 | 3,792 |
| Twiggs | 841 | 310 | 1,219 | 0 | 2,370 | 426 | 736 | 878 | 4 | 2,044 | 15 | 7 | 8 | 0 | 30 | 4,444 |
| Union | 3,400 | 2,232 | 7,008 | 11 | 12,651 | 300 | 1,303 | 1,198 | 0 | 2,801 | 49 | 23 | 36 | 0 | 108 | 15,560 |
| Upson | 1,364 | 1,175 | 6,063 | 6 | 8,608 | 646 | 1,572 | 1,983 | 0 | 4,201 | 28 | 20 | 48 | 0 | 96 | 12,905 |
| Walker | 5,560 | 3,517 | 14,089 | 8 | 23,174 | 994 | 2,206 | 2,567 | 2 | 5,769 | 162 | 76 | 173 | 0 | 411 | 29,354 |
| Walton | 9,202 | 6,031 | 22,594 | 15 | 37,842 | 2,145 | 4,254 | 6,272 | 11 | 12,682 | 225 | 111 | 235 | 0 | 571 | 51,095 |
| Ware | 2,577 | 1,368 | 5,900 | 20 | 9,865 | 563 | 1,556 | 2,066 | 26 | 4,211 | 46 | 17 | 52 | 1 | 116 | 14,192 |
| Warren | 190 | 205 | 771 | 0 | 1,166 | 297 | 540 | 632 | 0 | 1,469 | 6 | 1 | 9 | 0 | 16 | 2,651 |
| Washington | 1,481 | 719 | 2,458 | 5 | 4,663 | 1,071 | 1,811 | 1,843 | 5 | 4,730 | 25 | 14 | 27 | 0 | 66 | 9,459 |
| Wayne | 2,495 | 1,354 | 6,131 | 7 | 9,987 | 460 | 736 | 1,489 | 2 | 2,687 | 35 | 16 | 53 | 0 | 104 | 12,778 |
| Webster | 139 | 121 | 488 | 0 | 748 | 142 | 227 | 270 | 0 | 639 | 0 | 2 | 1 | 0 | 3 | 1,390 |
| Wheeler | 438 | 202 | 943 | 0 | 1,583 | 197 | 195 | 297 | 0 | 689 | 5 | 1 | 7 | 0 | 13 | 2,285 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | 3,448 | 2,088 | 6,680 | 6 | 12,222 | 372 | 973 | 1,066 | 0 | 2,411 | 80 | 27 | 76 | 0 | 183 | 14,816 |
| Whitfield | 8,963 | 3,544 | 13,084 | 45 | 25,636 | 2,814 | 2,840 | 4,997 | 19 | 10,670 | 194 | 84 | 162 | 0 | 440 | 36,746 |
| Wilcox | 743 | 343 | 1,317 | 0 | 2,403 | 285 | 212 | 365 | 0 | 862 | 8 | 2 | 6 | 0 | 16 | 3,281 |
| Wilkes | 704 | 467 | 1,649 | 3 | 2,823 | 504 | 754 | 897 | 4 | 2,159 | 16 | 11 | 20 | 0 | 47 | 5,029 |
| Wilkinson | 1,293 | 259 | 1,109 | 3 | 2,664 | 528 | 602 | 942 | 3 | 2,075 | 17 | 4 | 10 | 0 | 31 | 4,770 |
| Worth | 2,779 | 766 | 3,285 | 0 | 6,830 | 581 | 820 | 994 | 0 | 2,395 | 22 | 10 | 28 | 0 | 60 | 9,285 |
| Total: | 588,725 | 451,148 | 1,414,363 | 3,885 | 2,458,121 | 367,385 | 849,640 | 1,248,031 | 7,042 | 2,472,098 | 20,640 | 16,056 | 25,136 | 234 | 62,066 | 4,992,285 |