# Exhibit 9

11/18/2020 GA Secretary of State Brad Raffensperger - **Lin Wood Lawsuit** My team secured and strengthened absentee ballots for the first time …

Case 1:20-cv-04651-SDG Document 33-9 Filed 11/19/20 Page 2 of 2

← GA Secretary of State Brad Raffensperger - **Lin Wood Lawsuit** My team secured and…



 **GA Secretary of State Brad Raffensperger**
**Lin Wood Lawsuit**

My team secured and strengthened absentee ballots for the first time since 2005. As Secretary of State the first thing I did was push legislation that —OUTLAWED—absentee ballot harvesting in Georgia.

Next, for the first time in the history of Georgia, Absentee ballots submitted through our electronic portal required photo ID. My team—we made that happen.

Lastly, let's address this disinformation about signature match. We strengthened signature match. We helped train election officials on GBI signature match—which is confirmed twice before a ballot is ever cast. Failed candidate Doug Collins is a liar— but what's new?

Photo to grab* ya.

Timeline Photos · Sunday at 11:44 PM · 🌐

View Full Size · More Options

👍 Like      💬 Comment      ↪ Share

👍❤😢 778

196 Shares

 Write a comment...        Post

☺

**Chuck Hufstetler**
Great job by our Secretary of State. And I will take your conservative voting record (Top five out of 236 State legislators as ranked by the Family, Faith and Freedom coalition when you were in the house) over his any day.         65

on Mon    Like    Reply    More