# Exhibit 10

 World | Business | Markets | Breakingviews | Video | More  

U.S. LEGAL NEWS

NOVEMBER 11, 2020 / 5:54 PM / UPDATED 7 DAYS AGO

# Republican Georgia secretary of state says no sign of widespread fraud in vote count

By Tim Reid, Lisa Lambert



FILE PHOTO: An employee of the Fulton County Board of Registration and Elections processes ballots in Atlanta, Georgia U.S., November 4, 2020. REUTERS/Brandon Bell

(Reuters) - Georgia's Republican Secretary of State said on Wednesday there was no sign yet of widespread fraud in his state's vote count, where Democratic President-elect Joe Biden currently has a 14,000 vote lead over President Donald Trump.

Brad Raffensperger, in an interview with CNN, said he has ordered a hand recount because of the closeness of the vote count, but he believed votes had so far been tallied accurately. Biden's current lead, with nearly all votes counted, is 0.3%.

Asked about voter fraud, Raffensperger said: "We have ongoing investigations but we have not seen something widespread." He added there was no evidence yet of any discrepancies large enough that could reverse Biden's lead.

Raffensperger said he also believed a hand recount, which he wants completed by Nov. 20, will not overturn the machine count that is near completion. "We believe the ballots were counted

accurately," he said.

The Georgia recount will take place as Republican Trump, who has refused to concede the election to Biden, pushed ahead with legal challenges in several states to try and upend the result.

Reporting by Tim Reid; Editing by Chris Reese and Aurora Ellis

Our Standards: The Thomson Reuters Trust Principles.

MORE FROM REUTERS



Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

MORE FROM REUTERS



Trump cuts troop levels in Afghanistan but stops short of full...
17 Nov



Pfizer to start COVID-19 immunization pilot program in four U.S....
17 Nov



Лукашенко пригрозил начать отбор нефти из транзитной трубы--БелТА
14 Feb



Exclusive: U.S. investigators were told to take 'no further...
18 Nov



Pfizer ends COVID-19 trial with 95% efficacy, to seek emergency-use...
18 Nov

## MORE FROM REUTERS



**Taiwan's Foxconn opens display manufacturing factory in Vietnam**
18 Nov



**Analysis: Can first COVID-19 vaccines bring herd immunity? Experts…**
18 Nov



**Ericsson takes issue with Swedish ban on Huawei: FT**
18 Nov



**Thousands protest in Berlin against Merkel's coronavirus plans**
18 Nov



**Biden to focus on coronavirus as Trump pushes to overturn election**
18 Nov