# Exhibit 14



## AJC
#### Atlanta. News. Now.

It's worth knowing what's really going on. **Subscribe today for 99¢.**

Georgia recount: Metro Atlanta counties offer live feeds for voters to watch

ELECTION 2020 | Updated Nov 15, 2020

By Brian O'Shea, The Atlanta Journal-Constitution

Advertisement

While every county in Georgia takes part in the massive, manual statewide recount of the presidential election in Georgia, many counties are offering livestreams to allow the public to observe the process.

This article will include links to watch for a number of metro Atlanta counties.

Advertisement

My colleague Mark Niesse wrote about how the recount will work, and that may be helpful in understanding what you are watching. There is no audio, and what you can generally see from the livestream is a fixed camera view. Election workers sit at tables in teams of two. For each ballot, both members of the team check and verify the voter's choice for president. And then the ballot is put into a pile for that candidate. The process repeats.

After the ballots are sorted into stacks, the audit team will count up the votes for each candidate, write them on a form and return the ballots to their containers. Then those totals will be entered into laptops by different election workers at another table.

The recounts began Friday and must be completed by the end of Wednesday. Fulton and DeKalb counties have finished their counts.

11/19/2020
Case 1:20-cv-04651-SDC  Document 33-14  Filed 11/19/20  Page 3 of 5
Georgia recount: Metro Atlanta: How to watch the recount online from metro Atlanta

The recount is open to the public. Anyone can watch from an observation area. Read more about the process.



Find the livestream for various metro Atlanta counties:

Advertisement

Gwinnett County - Additional county recount info

Athens Clarke County

Cherokee County - No livestream reported. County recount info

Clayton County - No livestream reported. County recount info

Cobb County - No livestream reported. County recount info

DeKalb County finished its recount - Additional county recount info

Douglas County - No livestream reported. County recount info

Fayette County - No livestream reported. County recount info

Forsyth County - No livestream reported. County recount info

Fulton County finished its recount - Additional county recount info

Henry County - No livestream reported. County recount info

Rockdale County - No livestream reported. County recount info

Note: If you know of a metro county livestream not linked here, please email Brian O'Shea with the link.

**Explore**   Follow complete updates on the Georgia election recount from the AJC Politics team

## In Other News


ELECTION 2020
Georgia has two runoff election dates after the general election


ELECTION 2020
Recount, Day 4: Counties continue work, Chambliss disputes Trump claims


ELECTION 2020
Georgia election recount nears finish line with few hiccups


ELECTION 2020


Georgia recount metro Atlanta counties offer live feeds for voters to watch the recount | ajc.com metro Atlanta

Maps: Compare how Georgia counties voted for president in 2008-2020

**CONTENT BY**

Trivia.com | Sponsored

"She Was The Love Of My Life" At Almost 66 Kevin Costner Confirm Rumors of Decades

Capital One Shopping | Sponsored

The Apple Buying Hack You Need to Know in 2020

Elite Herald | Sponsored

Kate Middleton Has News On William's Family Plans That May Upset Royal Fans

Capital One Shopping | Sponsored

The Nintendo shopping trick you need to know before Cyber Monday

Paws Zilla | Sponsored

Decades After She Disappeared, Natalee Holloway's Mother Reveals What We All Suspected

UrbanAunty | Sponsored

20 Funny Photos Of Dogs With A Sense Of Humor

Noteabley | Sponsored

Airport Security Couldn't Believe These Jaw-Dropping Moments

bonvoyaged.com | Sponsored

Shaq Flexes On His New Baller Yacht in Illinois

thedelite.com | Sponsored

Netflix Cancellations And Renewals: Effective Immediately

Forbes.com | Sponsored

Donald Trump's Biggest Supporters Ranked In Order

Opulent Express | Sponsored

Prince Charles' Reported Regret About Baby Archie Is Devastating

Medicare Observer | Sponsored

Chrissy Metz, 40, Shows Off Massive Weight Loss In Fierce New Photo

Affluent Times | Sponsored

Jada Pinkett Smith Revealed How She Really Felt After Her Son's Sudden Decision

Drivepedia | Sponsored

Fabio Lanzoni Is 61 & Looks Very Different Today

Medicare Observer 2 | Sponsored

Remember Janet Jackson's Son? Better Sit Down Before You See What He Looks Like Now.

Zen Herald | Sponsored

After Céline Dion's Major Weight Loss, She Confirms What We Suspected All Along

HealthCentral | Sponsored

Living With Hep C? Check Out These Liver-Friendly Mocktails

BrainSharper | Sponsored

This Is Our List For The Top Movies Ever - Yes, Ever

HealthCentral.com | Sponsored

Lung Cancer Risk Factors: Not Just Smoking

MoneyWise.com | Sponsored

This Is Who Really Makes Costco's Kirkland Items

StyleBistro | Sponsored

Photos of Helen Mirren In Her Heyday

Georgia recount: Metro Atlanta counties offer live feeds for voters to watch | 11/19/20 | metro Atlanta

the delite | Sponsored
The Best Shows On Netflix: There's A New Top 5

Horizontimes | Sponsored
Teenagers Notice Girl With 'Dad' Acting Strange, They Follow Her Because They Knew Something Is Wrong

Forbes.com | Sponsored
Joe Biden's Biggest Supporters Ranked In Order

Dental Implants | Search Ads | Sponsored
Here is What Full Mouth Dental Implants Should Cost You in 2020

Gadgetheory | Sponsored
Take A Closer Look, The Photographer Was Not Expecting This Photo

Money Versed | Sponsored
'Worthless' Antique Makes Appraiser Break Down

Unleashed Finance | Sponsored
Kevin Costner Has Come Clean About Whitney Houston — We Are In Shock

Loans Observer 2 | Sponsored
At Age 38, Danica Patrick Actually Lives In Such A House

Money Pail | Sponsored
Fox News Prettiest Anchors Of All Times, Ranked

Big Edition | Sponsored
Best Dressed Couples at the 2020 Grammys

Thrillist | Sponsored
Agree? The Best and Worst Fast Food Cheeseburgers

Spicy Trends | Sponsored
ABC News Anchor David Muir Lives in This $7M House on Skaneateles Lake

MoneyWise.com | Sponsored
Avoid These 25 US States When You Retire

maternityweek.com | Sponsored
Donny & Marie Osmond Hid This Big Secret For Years

Equity Mirror | Sponsored
If You See This In A Thrift Store, You Should Definitely Buy It



AJC
Atlanta. News. Now.
The Atlanta Journal-Constitution

Sign up for our newsletters 

| About | ⌄ |
| Contact Us | ⌄ |
| Subscriptions | ⌄ |
| Our Products | ⌄ |



© 2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about Careers at Cox Enterprises.