# Exhibit 15



# OFFICIAL ELECTION BULLETIN
November 13, 2020

___

**TO:**         **County Election Officials and County Registrars**

**FROM:**   **Chris Harvey, Elections Division Director**

**RE:**         **Allowing More Credentialed Monitors at Risk Limiting Audit
                      Allowing Libertarian Party Monitors**

___

There has been some concern about the appropriate number of political party monitors eligible to view the audit process. The rules that the Secretary of State's office put out require that Superintendents allow a minimum of two political party monitors from each party, with additional monitors if there are more than twenty audit teams. For example, if Dekalb has 75 audit teams, they would have to allow a minimum of 8 designated monitors for each party. Additionally, as the Libertarian Party (technically a political body) has a candidate on the ballot for President, the same standards should be applied to the designated monitors from the Libertarian Party.

As an addendum to the rules on political parties monitors and because transparency should be a guiding principle throughout this process, if Election Superintendents can safely allow more than the minimum number of designated political party monitors consistent with maintaining an orderly process, space limitations, social distancing/public health guidelines then you should. Please allow as much transparency as you can while maintaining a secure, orderly process and abiding your public health regulations.