# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al.,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

## NOTICE OF FILING OF AFFIDAVITS IN SUPPORT OF PROPOSED RESPONSE IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF

Proposed Intervenor-Defendants Democratic Party of Georgia, Inc. ("DPG"), DSCC, and DCCC (together, "Political Party Committees") hereby give notice of filing of the following sworn affidavits offered in support of their Response in Opposition to Plaintiff's Emergency Motion for Injunctive Relief filed earlier today.

　　1.　　Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Shameika Vailes, a DPG-credentialed recount observer for Fulton County.

　　2.　　Attached hereto as Exhibit 2 is a true and correct copy of the Affidavit of Angela Thomas, a DPG-credentialed recount observer for Fulton County.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Kimberly Brandon, a DPG-credentialed recount observer for Cobb County.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Affidavit of Doris Sumner, a DPG-credentialed recount observer for Gwinnett County.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of Robin Lourie, a DPG-credentialed recount observer for Fulton County.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Affidavit of Olivia Alston, a DPG-credentialed recount observer for Fulton County.

7. Attached hereto as Exhibit 7 is a true and correct copy of the Affidavit of Russell Cason, a DPG-credentialed recount observer for Fulton County.

8. Attached hereto as Exhibit 8 is a true and correct copy of the Affidavit of Steve Young, a DPG-credentialed recount observer for DeKalb County.

9. Attached hereto as Exhibit 9 is a true and correct copy of the Affidavit of Beth Graham, a DPG-credentialed recount observer for Fulton County.

10. Attached hereto as Exhibit 10 is a true and correct copy of the Affidavit of Rebecca Short, a DPG-credentialed recount observer for Fulton County.

11. Attached hereto as Exhibit 11 is a true and correct copy of the Affidavit of Sara T. Ghazal, a DPG-credentialed recount observer for Cobb County.

- 3 -

12. Attached hereto as Exhibit 12 is a true and correct copy of the Affidavit of Sharon Zydney, a DPG-credentialed recount observer for Henry County.

13. Attached hereto as Exhibit 13 is a true and correct copy of the Affidavit of Komal Patel, a DPG-credentialed recount observer for Clayton County.

Dated: November 19, 2020.  **Amanda R. Callais**
Amanda R. Callais*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
acallais@perkinscoie.com
*Counsel for Proposed Intervenor-Defendants*
*Pro Hac Vice Application Pending

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:20-cv-04651-SDG |

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: November 19, 2020.          **Adam M. Sparks**
                                  *Counsel for Proposed Intervenor-Defendants*

- 4 -