# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr.,<br><br>　　　　Plaintiff,<br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al.,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-04651-SDG |

## **AFFIDAVIT OF OLIVIA ALSTON**

Personally appeared before me, the undersigned subscribing officer, duly authorized to administer oaths, Olivia Alston, who being duly sworn, deposed and stated as follows:

1. My name is Olivia Alston. I am over 18 years of age, a citizen of the State of Georgia, suffer from no legal disabilities, and am otherwise competent to testify to the matters contained herein. I have personal knowledge of the facts here, and if called as a witness, can testify completely thereto.

2. I am a resident of and registered elector in Fulton County, Georgia.

3. On November 15, 2020, I was present as an observer credentialed by the Democratic Party of Georgia ("DPG") to observe the statewide hand recount of

ballots cast in the 2020 Presidential Election in Fulton County, Georgia (the "Recount"). As part of becoming credentialed, I received training in what the Recount would entail and what I would expect to observe.

4. I arrived at the Georgia World Congress Center, where the Recount was held, at approximately 8:00 a.m.

5. On arrival, I had no problems accessing the Center where the Recount was happening, though I was unable at first to connect with fellow credentialed observers. By 8:30 a.m., I had connected with fellow observers and learned that there were more DPG-credentialed observers than were permitted to access the floor at that time.

6. I volunteered to stand by for the moment and observed the Recount at a distance where others viewing as well.

7. Both parties had credentialed observers in the space where the audit teams were conducting the Recount.

8. At no time did I see or hear of a credentialed observer being denied access to the Recount, other than for the reason that the observer's political party already had the maximum permitted number of credentialed observers in the space.

9. Based on my training nothing seemed out of the ordinary.

10. I did not observe anyone claiming that the Recount had "just finished" or was otherwise complete. To the contrary, the Recount was ongoing when I arrived. When I arrived my understanding was that the recount was almost complete.

11. While observing, I spoke with a Fulton County elections employee, who explained that many of the votes had been counted, which was why the number of audit team were fewer in number than expected.

12. Around 9:40 a.m., I left the Recount because there were sufficient numbers of DPG-credentialed observers on site and I had other commitments that day.

13. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 17th day of November 2020.

_____
OLIVIA ALSTON

Sworn to and subscribed to
before me this 17th day of
November 2020.

_____
Notary Public

My commission expires: March 28, 2023