# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr.,<br><br>      Plaintiff,<br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al.,<br><br>      Defendants. | CIVIL ACTION FILE NO.<br>20-cv-04651-SDG |

## **AFFIDAVIT / DECLARATION OF STEVE YOUNG**

Personally appeared before me, the undersigned subscribing officer, duly authorized to administer oaths, STEVE YOUNG, who being duly sworn, deposed and stated as follows:

1.  My name is STEVE YOUNG. I am over 18 years of age, a citizen of the State of Georgia, suffer from no legal disabilities, and am otherwise competent to testify to the matters contained herein. I have personal knowledge of the facts here, and if called as a witness, can testify completely thereto.

2.  I am a resident of and registered elector in Fulton County, Georgia.

3. On November 15, 2020, I was present as an observer credentialed by the Democratic Party of Georgia to observe the statewide hand recount of ballots cast in the 2020 Presidential Election in DeKalb County, Georgia (the "Recount").

4. I arrived at 2994 Turner Hill Road, Stonecrest, GA 30038, where the Recount was held, at approximately 7:30 a.m.

5. On arrival, I had no problems accessing the space where the Recount was happening.

6. While I was observing the Recount, there were approximately 18-20 other credentialed observers present, with 10-12 representing the Democratic Party of Georgia and about 8 representing the Georgia Republican Party.

7. At no time did I see or hear of a credentialed observer being denied access to the Recount.

8. I also saw members of the public and/or the media observing the Recount from a designated area.

9. While I observed the Recount, I only saw auditing teams counting ballots cast during advance voting and marked by ballot-marking devices. I understood from speaking with other observers and with county elections workers that by Sunday morning, when I was observing, DeKalb had already counted all of the hand-marked absentee ballots cast in the election. Some auditing teams on duty

while I was observing didn't even receive a batch of ballots to count, because DeKalb had gotten quite far in the process.

10. I saw a GOP-credentialed observer getting very close to the auditing team tables and looking right over peoples' shoulders. A gentleman in an orange vest approached her and asked her to step back. She resisted, claiming that she was more than six feet away. She was not. The gentleman in the orange vest informed her that she was closer than six feet from the auditing team and advised her again to step back. Once she complied, he returned to his station.

11. The Recount was very organized and efficiently run. The Recount workers and volunteers with whom I interacted were friendly and did not treat any observer or group of observers in a hostile way.

12. In short, there were few problems and no major problems while I observed the Recount. I left the Recount around 12:30 p.m.

13. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 18 day of November 2020.

*STEVE YOUNG*

Sworn to and subscribed to before me this 18 day of November 2020.

*Laura Tucker*
Notary Public

[Notary Seal: LAURA TUCKER, MY COMMISSION EXPIRES MAR 28 2023, COBB COUNTY, GEORGIA, NOTARY PUBLIC]

My commission expires: March 28, 2023