IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **L. Lin Wood, Jr.**, et al., <br><br>     Plaintiffs, <br><br>  vs. <br><br> **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, *et al.*, <br><br>     Defendants. | Case No. 1:20-cv-4651-SDG <br><br> **Certificate of Compliance** |

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation (ECF 4) and that I will comply with its provisions during the pendency of this action.

Respectfully submitted this 19th day of November, 2020.

**/s/ Julie M. Houk\***
\*Admitted Pro Hac Vice
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Direct Telephone: 202-662-8391
Email: jhouk@lawyerscommittee.org

*Attorney for the NAACP Defendant-Intervenors*