IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **L. Lin Wood, Jr.**, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-4651-SDG<br><br>**Certificate of Compliance** |

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation (ECF 4) and that I will comply with its provisions during the pendency of this action.

Respectfully submitted this 19th day of November, 2020.

**/s/ Jon M. Greenbaum**
District of Columbia Bar No. 489887 (admitted pro hac vice)
Lawyers' Committee for Civil Rights Under Law
1500 K Street, 9th Floor
Washington, DC 20005
Telephone: (202) 662-8315
Email: jgreenbaum@lawyerscommittee.org

*Attorney for the NAACP Defendant-Intervenors*