# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr.,<br><br>      Plaintiff,<br>v.<br><br>Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al.,<br><br>      Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04651-SDG |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Respectfully submitted, this 19th day of November 2020.

                                    **/s/ Halsey G. Knapp, Jr.**
                                    Halsey G. Knapp, Jr.
                                    KREVOLIN AND HORST, LLC

                                    Halsey G. Knapp, Jr.
                                    Georgia Bar No. 425320
                                    Joyce Gist Lewis
                                    Georgia Bar No. 296261
                                    Susan P. Coppedge
                                    Georgia Bar No. 187251
                                    Adam M. Sparks

KH621217.DOCX

Georgia Bar No. 341578

**KREVOLIN AND HORST, LLC**
One Atlantic Center
1201 W. Peachtree Street, NW, Ste. 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
coppedge@khlawfirm.com
sparks@khlawfirm.com

Marc E. Elias*
Amanda R. Callais*
Alexi M. Velez*
Emily R. Brailey*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200
melias@perkinscoie.com
acallais@perkinscoie.com
avelez@perkinscoie.com
ebrailey@perkinscoie.com

Kevin J. Hamilton*
Amanda J. Beane*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
khamilton@perkinscoie.com
abeane@perkinscoie.com

Gillian C. Kuhlmann*

PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-3900
gkuhlmann@perkinscoie.com

Matthew J. Mertens*
Georgia Bar No: 870320
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: (503) 727-2000

*Counsel for Proposed Intervenors-Defendants*

**Pro Hac Vice Application Pending*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr., <br><br> Plaintiff, <br> v. <br><br> Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:20-cv-04651-SDG |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I caused a copy of the foregoing **Certificate of Compliance** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 19th day of November 2020.

**/s/ Adam M. Sparks**
Counsel for Democratic Party of Georgia, Inc.

KH621217.DOCX