IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| L. LIN WOOD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:20-cv-04651-SDG |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Respectfully submitted, this 19th day of November, 2020.

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Tel: 404-656-3389
Fax: 404-651-9325

*Counsel for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **CERTIFICATE OF COMPLIANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff via electronic notification.

Dated: November 19, 2020.

*/s/ Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General
