# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-04651-SDG
### Wood v. Raffensperger et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 11/19/2020.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 6:05 P.M.         COURT REPORTER: Alicia Bagley
TIME IN COURT: 3:00                     DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Amanda Callais representing DCCC
Amanda Callais representing DSCC
Amanda Callais representing Democratic Party of Georgia, Inc.
Jon Greenbaum representing Georgia Coalition for the Peoples' Agenda, Inc.
Jon Greenbaum representing Georgia State Conference of the NAACP
Jon Greenbaum representing Helen Butler
Jon Greenbaum representing James Woodall
Jon Greenbaum representing Melvin Ivey
Kevin Hamilton representing DCCC
Kevin Hamilton representing DSCC
Kevin Hamilton representing Democratic Party of Georgia, Inc.
Julie Houk representing Georgia Coalition for the Peoples' Agenda, Inc.
Julie Houk representing Georgia State Conference of the NAACP
Julie Houk representing Helen Butler
Julie Houk representing James Woodall
Charlene McGowan representing Anh Le
Charlene McGowan representing Brad Raffensperger
Charlene McGowan representing David J. Worley
Charlene McGowan representing Matthew Mashburn
Charlene McGowan representing Rebecca N. Sullivan
John Powers representing Georgia Coalition for the Peoples' Agenda, Inc.
John Powers representing Georgia State Conference of the NAACP
John Powers representing Helen Butler
John Powers representing James Woodall
John Powers representing Melvin Ivey

|  |  |
|---|---|
|  | Bryan Sells representing Georgia Coalition for the Peoples' Agenda, Inc.<br>Bryan Sells representing Georgia State Conference of the NAACP<br>Bryan Sells representing Helen Butler<br>Bryan Sells representing James Woodall<br>Bryan Sells representing Melvin Ivey<br>Ray Smith representing L. Lin Wood<br>Adam Sparks representing DCCC<br>Adam Sparks representing DSCC<br>Adam Sparks representing Democratic Party of Georgia, Inc.<br>Russell Willard representing Anh Le<br>Russell Willard representing Brad Raffensperger<br>Russell Willard representing David J. Worley<br>Russell Willard representing Matthew Mashburn<br>Russell Willard representing Rebecca N. Sullivan |
| PROCEEDING CATEGORY: | Motion Hearing (PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [6] Motion for TRO DENIED<br>[7] Motion for TRO DENIED<br>[8] Motion to Intervene GRANTED |
| MINUTE TEXT: | Hearing held on Plaintiff's Emergency Motion for Temporary Restraining Order [ECF 6]. The Court GRANTED Intervenor Defendants Democratic Party of Georgia, Inc., DSCC, and DCCC's Motion to Intervene as Defendants [ECF 8]. The Court DENIED Plaintiff's Motion for Temporary Restraining Order. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |