# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE NO,** |
| ) | **1:20-cv-04651-SDG** |
| BRAD RAFFENSPERGER, in his ) | |
| official capacity as Secretary of State ) | |
| of the State of Georgia, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SUBPOENA

COMES NOW Plaintiff L. Lin Wood, Jr., by and through his undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 45(a)(4), hereby gives notice that the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action attached hereto and incorporated herein as **Exhibit 1** shall be served on the following:

- ATL HAWKS, LLC (DE), c/o Scott Wilkinson, Esq., as Executive Vice President and Chief Legal Officer of ATL HAWKS, LLC (DE) and State Farm Arena, 1 State Farm Drive, Atlanta, Georgia 30303.

{00584403. }

This 23rd day of November, 2020.

                        SMITH & LISS, LLC

                        */s/ Ray S. Smith, III*
                        RAY S. SMITH III
                        Georgia Bar No. 662555
                        rsmith@smithliss.com
                        Counsel for Plaintiff

Five Concourse Parkway
Suite 2600
Atlanta, Georgia  30328
Telephone 404-760-6006
Facsimile 404-760-0225

{00584403. }

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within and foregoing **Notice of Subpoena** via electronic delivery and the Court's CM/ECF filing and service system, addressed as follows:

Charlene S McGowan
Georgia Attorney General's Office
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
404-656-3389
Email: cmcgowan@law.ga.gov

Russell D. Willard
Attorney General's Office-Atl
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
404-656-3300
Email: rwillard@law.ga.gov

Marc E. Elias
Perkins Coie LLP
700 13th St NW
Ste 800
Washington, DC 20005
202-654-6200
Email: melias@perkinscoie.com

{00584403. }

Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Ste 3250
1201 West Peachtree St., NW
Atlanta, GA 30309
404-888-9700
Email: sparks@khlawfirm.com

Bryan Ludington Sells
The Law Office of Bryan L. Sells, LLC
P.O. Box 5493
1226 Springdale Road, NE
Atlanta, GA 31107-0493
404-480-4212
Email: bryan@bryansellslaw.com

This 23rd day of November, 2020.

                         */s/ Ray S. Smith, III*
                         RAY S. SMITH III
                         Georgia Bar No. 662555
                         rsmith@smithliss.com
                         *Counsel for Plaintiff*

**SMITH & LISS, LLC**
Five Concourse Parkway
Suite 2600
Atlanta, Georgia  30328
Telephone 404-760-6006
Facsimile 404-760-0225

{00584403. }