# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| L. LIN WOOD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:20-cv-04651-SDG |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' MOTION TO DISMISS

Defendants Brad Raffensperger, Georgia Secretary of State, and State Election Board members Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Ahn Le (collectively, "State Defendants") hereby move to dismiss Plaintiff's Amended Complaint for lack of subject matter jurisdiction pursuant to FED. R. CIV. P. 12(b)(1) and 12(h)(3). For the reasons stated in the accompanying brief in support, State Defendants respectfully request that the Court grant their motion and dismiss the action with prejudice.

Respectfully submitted, this 23rd day of November, 2020.

                CHRISTOPHER M. CARR    112505
                Attorney General

                BRYAN K. WEBB    743580
                Deputy Attorney General

Russell D. Willard                 760280
Senior Assistant Attorney General

/s/ *Charlene S. McGowan*
Charlene S. McGowan              697316
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
404-458-3658 (tel)

*Attorneys for State Defendants*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

                                                    /s/ *Charlene S. McGowan*
                                                    Charlene S. McGowan
                                                    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **STATE DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties of record via electronic notification.

Dated: November 23, 2020.

/s/ *Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General