UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **L. LIN WOOD, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION FILE NO.** |
| ) | **1:20-cv-04651-SDG** |
| v. ) | |
| ) | |
| **BRAD RAFFENSPERGER, in his official** ) | |
| **capacity as Secretary of State of the State** ) | |
| **of Georgia,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## **PLAINTIFF'S NOTICE OF APPEAL (EMERGENCY)**

Notice is hereby given that L. LIN WOOD, JR., plaintiff in tis case, pursuant to 28 U.S.C. § 1292(a)(1), hereby appeals to the United States District Court of Appeals for the Eleventh Circuit from an Order dated November 20, 2020 (DE 54), denying Plaintiff's Emergency Motion for Injunctive Relief and Memorandum of Law in Support Thereof.  The reason being the Court erred in not granting the temporary restraining order for the unconstitutional, unlawful election.  The matter is an emergency because the electors in the United States and Georgia are seated on December 14, 2020.

Respectfully submitted this 24th day of November, 2020.

2

                                   **SMITH & LISS, LLC**

                                   */s/ Ray S. Smith, III*
                                   Ray S. Smith, III
                                   Georgia Bar No. 662555
                                   *Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1 (B).

Respectfully submitted this 24th day of November, 2020.

                          **SMITH & LISS, LLC**

                          */s/ Ray S. Smith, III*
                          Ray S. Smith, III
                          Georgia Bar No. 662555
                          *Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with the United States District Court for the Northern District of Georgia, Atlanta Division, and served on the following parties, via the Court's CM-ECF system.

Adam M. Sparks
Halsey G. Knapp, Jr.
Joyce Gist Lewis
Susan P. Coppedge
KREVOLIN AND HORST, LLC
One Atlantic Center
1201 W. Peachtree Street, NW, Ste. 3250
Atlanta, GA 30309

Marc E. Elias
Amanda R. Callais
Alexi M. Velez
Emily R. Brailey
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005

Kevin J. Hamilton
Amanda J. Beane
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101

Gillian C. Kuhlmann
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067

Matthew J. Mertens
Georgia Bar No: 870320
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209

    This 24th day of November, 2020.

                                **SMITH & LISS, LLC**

                                <u>*/s/ Ray S. Smith, III*</u>
                                Ray S. Smith, III
                                Georgia Bar No. 662555
                                *Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com