# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

November 24, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

      U.S.D.C. No.: 1:20-cv-4651-SDG
      U.S.C.A. No.: 00-00000-00
      RE:      L. Lin Wood, Jr., v. Brad Raffensperger, et al.

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. |
| | There is no transcript. |
| **X** | **The court reporter is Alicia Bagley.** |
| | There is sealed material. |
| | Other: . |
| | Fee paid on . |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge Steven D. Grimberg.** |
| | This is a **DEATH PENALTY** appeal. |

                Sincerely,

                James N. Hatten
                District Court Executive
                and Clerk of Court

        By:  /s/ **K. Carter**
                Deputy Clerk