# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:20-cv-04651-SDG |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, in his official ) | |
| capacity as Secretary of State of the State ) | |
| of Georgia, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### PLAINTIFF'S SECOND AMENDED SUPPLEMENT TO EMERGENCY MOTION FOR INJUNCTIVE RELIEF AND MEMORANDUM OF LAW IN SUPPORT THEREOF TO CORRECT TYPOGRAPHICAL ERRORS IN THE RAMSLAND AFFIDAVIT "EXHIBIT Q"

COMES NOW Plaintiff **L. Lin Wood, Jr.** ("Plaintiff"), by and through his undersigned counsel of record, and files this, his Second Amended Supplement to Emergency Motion for Injunctive Relief and Memorandum of Law in Support Thereof (the "Motion") filed on November 18, 2020. Exhibit Q to the Motion contained certain typographical errors. A true and correct amended copy of the Affidavit of Russell James Ramsland, Jr. executed and notarized is attached hereto as Exhibit Q.

[signature on following page]

Respectfully submitted this 25th day of November, 2020.

**SMITH & LISS, LLC**

/s/ *Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.l (B).

Respectfully submitted this 25th day of November, 2020.

**SMITH & LISS, LLC**

/s/ *Ray S. Smith, III*
Ray S. Smith, III
Georgia Bar No. 662555
*Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with the United States District Court for the Northern District of Georgia, Atlanta Division, via the Court's CM-ECF system. I also hereby certify that I caused the foregoing and all exhibits and attachments thereto to be electronically served via the Court's CM-ECF system, addressed as follows:

Adam M. Sparks
Halsey G. Knapp, Jr.
Joyce Gist Lewis
Susan P. Coppedge
KREVOLIN AND HORST, LLC
One Atlantic Center
1201 W. Peachtree Street, NW, Ste. 3250
Atlanta, GA 30309

Marc E. Elias
Amanda R. Callais
Alexi M. Velez
Emily R. Brailey
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005

Kevin J. Hamilton
Amanda J. Beane
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101

Gillian C. Kuhlmann
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067

Matthew J. Mertens
Georgia Bar No: 870320
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209

    This 25th day of November, 2020.

                          **SMITH & LISS, LLC**

                          /s/ *Ray S. Smith, III*
                          Ray S. Smith, III
                          Georgia Bar No. 662555
                          *Counsel for Plaintiff*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
(404) 760-6000
rsmith@smithliss.com