IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14418-RR

_____

L. LIN WOOD, JR.

                        Plaintiff - Appellant,

versus

BRAD RAFFENSPERGER,
in his official capacity as Secretary of the State of Georgia,
REBECCA N. SULLIVAN,
in her capacity as Vice Chair of the Georgia State Election Board,
DAVID J. WORLEY,
in his official capacity as a Member of the Georgia State Election Board,
MATTHEW MASHBURN,
in his official capacity as a Member of the Georgia State Election Board,
ANH LE,
in her official capacity as a Member of the Georgia State Election Board,

                        Defendants - Appellees,

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

Before the Court is "Appellant's Emergency Motion for Expedited Review." The motion is GRANTED, IN PART, in that the following schedule applies:

Appellees must respond to Appellant's initial brief by 5:00 p.m. on Tuesday, December 1, 2020.

Appellant's reply brief, if any, must be filed by 5:00 p.m. on Thursday, December 3, 2020.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION