| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 20-14418-RR L. Lin Wood, Jr. v. Brad Raffensperger, et al "FRAP 11 Certification Requested" (1:20-cv-04651-SDG) |
| **Date:** | Wednesday, November 25, 2020 8:29:29 PM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 11/25/2020

  **Case Name:**     L. Lin Wood, Jr. v. Brad Raffensperger, et al
  **Case Number:**   20-14418

**Docket Text:**
**Please certify the record for this appeal pursuant to FRAP 11 and advise when completed. Also, please forward any documents that are not available electronically at this time.**

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court