# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04809-TCB
## Pearson et al v. Kemp et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 12/07/2020.

|  |  |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | |
| TIME COURT CONCLUDED: 11:06 A.M. | COURT REPORTER: Lori Burgess |
| TIME IN COURT: 1:06 | DEPUTY CLERK: Uzma Wiggins |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT:
- Joshua Belinfante representing Brad Raffensperger
- Joshua Belinfante representing Brian Kemp
- Joshua Belinfante representing David J. Worley
- Joshua Belinfante representing Matthew Mashburn
- Joshua Belinfante representing Rebecca N. Sullivan
- Amanda Callais representing DCCC
- Amanda Callais representing DSCC
- Amanda Callais representing Democratic Party of Georgia, Inc.
- Julia Haller representing Brian Jay Van Gundy
- Julia Haller representing Carolyn Hall Fisher
- Julia Haller representing Cathleen Alston Latham
- Julia Haller representing Coreco Jaqan Pearson
- Julia Haller representing Gloria Kay Godwin
- Julia Haller representing James Kenneth Carroll
- Julia Haller representing Vikki Townsend Consiglio
- Harry MacDougald representing Brian Jay Van Gundy
- Harry MacDougald representing Carolyn Hall Fisher
- Harry MacDougald representing Cathleen Alston Latham
- Harry MacDougald representing Coreco Jaqan Pearson
- Harry MacDougald representing Gloria Kay Godwin
- Harry MacDougald representing James Kenneth Carroll
- Harry MacDougald representing Vikki Townsend Consiglio
- Charlene McGowan representing Anh Le
- Charlene McGowan representing Brad Raffensperger
- Charlene McGowan representing Brian Kemp
- Charlene McGowan representing David J. Worley

Charlene McGowan representing Matthew Mashburn
Charlene McGowan representing Rebecca N. Sullivan
Carey Miller representing Anh Le
Carey Miller representing Brad Raffensperger
Carey Miller representing Brian Kemp
Carey Miller representing David J. Worley
Carey Miller representing Matthew Mashburn
Carey Miller representing Rebecca N. Sullivan
Sidney Powell representing Brian Jay Van Gundy
Sidney Powell representing Carolyn Hall Fisher
Sidney Powell representing Cathleen Alston Latham
Sidney Powell representing Coreco Jaqan Pearson
Sidney Powell representing Gloria Kay Godwin
Sidney Powell representing James Kenneth Carroll
Sidney Powell representing Vikki Townsend Consiglio
** Abigail Frye

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [43]Motion to Dismiss GRANTED<br>[63]Motion to Dismiss GRANTED |
| MINUTE TEXT: | Defendants' motions are GRANTED. TRO is DISSOLVED. Case is DISMISSED. Clerk shall close the case. |
| HEARING STATUS: | Hearing Concluded |