UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY,<br><br>     Plaintiffs,<br><br>vs.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>     Defendants,<br><br>DEMOCRATIC PARTY OF GEORGIA, INC., DSCC, DCCC, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, WANDY TAYLOR, and STEPHEN DAY,<br><br>     Intervenors. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-4809-TCB |

# J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's and the intervenor defendant's motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 7th day of December, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ D. Barfield
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 7, 2020
James N. Hatten
Clerk of Court

By:   s/ D. Barfield
         Deputy Clerk