IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>    Plaintiff,<br><br>            v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; REBECCA N. SULLIVAN, in her official capacity as Vice Chair of the Georgia State Election Board; DAVID J. WORLEY, in his official capacity as a Member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a Member of the Georgia State Election Board; and ANH LE, in her official capacity as a Member of the Georgia State Election Board,<br><br>    Defendants. | Civil Action No.<br>1:20-cv-04651-SDG |

## **ORDER**

This matter is before the Court on a *sua sponte* review of the record. On November 20, 2020, the Court denied Plaintiff L. Lin Wood, Jr.'s motion for a temporary restraining order (TRO) based on, among other reasons, a lack of standing [ECF 54]. On December 7, the Eleventh Circuit issued an order affirming the denial of Wood's TRO, finding that (1) Wood lacked standing to assert his claims, and (2) his claims were moot. *Wood v. Raffensperger*, 981 F.3d 1307 (11th Cir. 2020). The Eleventh Circuit issued its mandate on January 4, 2021 [ECF 75].

On February 22, the United States Supreme Court denied Wood's petition for a writ of certiorari. *See Wood v. Raffensperger, et al.*, No. 20-799 [ECF 77]. Therefore, the Court finds this action must be **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

    **SO ORDERED** this the 24th day of February 2021.

                                            Steven D. Grimberg
                                 United States District Court Judge