# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD,<br>          Plaintiff,<br><br>vs.<br><br>BRAD RAFFENSBERGER, REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN, and ANH LE,<br>          Defendants,<br><br>vs.<br><br>DEMOCRATIC PARTY OF GEORGIA, INC., DSCC, AND DCCC,<br><br>          Intervenor Defendants. | CIVIL ACTION FILE<br><br>NO.  1:20-CV-4651-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia, this 25th day of February, 2021.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                    By:  s/ Jordyn Holder
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 25, 2021
James N. Hatten
Clerk of Court

By:  s/ Jordyn Holder
      Deputy Clerk